IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Fed. R. Civ. P. 7.1(a), defendant Conor Medsystems, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      */s/ Jack B. Blumenfeld*

                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      1201 N. Market Street
                                      PO. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                        Attorneys for Defendant

November 28, 2005

CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on November 28, 2005, I caused to be electronically filed Defendant's Rule 7.1 Disclosure Statement with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>Wilmington, DE  19899

>/s/     Jack B. Blumenfeld (#1014)
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@mnat.com