IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which the defendant may move, answer or otherwise plead in response to the Complaint is extended until December 19, 2005.

| YOUNG CONAWAY STARGATT & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| */s/ Josy W. Ingersoll* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Josy W. Ingersoll (#1088) | Jack B. Blumenfeld (#1014) |
| John W. Shaw (#3362) | Rodger D. Smith II (#3778) |
| Adam W. Poff (#3990) | 1201 N. Market Street |
| 1000 West Street | PO. Box 1347 |
| P.O. Box 391 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 571-6600 |   Attorneys for Defendant |
|   Attorneys for Plaintiffs | |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge