IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintifffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-768 (SLR) |

STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which the defendant may move, answer or otherwise plead in response to the Complaint is extended until December 30, 2005.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR | MORRIS, NICHOLS, ARSHT & TUNNELL |
| /s/ John W. Shaw | /s/ Rodger D. Smith II |
| Josy W. Ingersoll (#1088) <br> John W. Shaw (#3362) <br> Adam W. Poff (#3990) <br> 1000 West Street <br> P.O. Box 391 <br> Wilmington, DE  19899 <br> (302) 571-6600 <br>  Attorneys for Plaintiffs | Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> 1201 N. Market Street <br> PO. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br>  Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Court Judge

494136

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on December 19, 2005, I caused to be electronically filed the foregoing Stipulation and Order with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

    Josy W. Ingersoll
    John W. Shaw
    Young, Conaway, Stargatt & Taylor, LLP

    /s/  Rodger D. Smith II
    Morris, Nichols, Arsht & Tunnell
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200
    rsmith@mnat.com