### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION<br>and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

### CONOR'S MOTION TO STAY

Defendant Conor Medsystems, Inc. ("Conor") hereby moves to stay this action pending the resolution of related litigation pending in the United States District Court for the Central District of California, entitled <u>G. David Jang v. Boston Scientific Corp., et al.</u>, ED CV 05-00426 (VAP). The grounds for this motion are set forth more fully in Conor's opening brief and the declarations submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld (ID #1014)
Roger D. Smith II (ID #3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
 Attorneys for Conor Medsystems, Inc.

*Of Counsel*:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Sherry M. Knowles
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

January 3, 2006

**RULE 7.1.1 CERTIFICATE**

The undersigned hereby certifies that the subject of the foregoing motion has been discussed with counsel for the plaintiffs and the parties have not been able to reach agreement.

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld

## CERTIFICATE OF SERVICE

I, Jack B. Blumenfeld, hereby certify that on January 3, 2006 I electronically filed Motion to Stay with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on January 3, 2006 upon the following in the manner indicated:

BY HAND

Josy W. Ingersoll, Esquire
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

BY FEDERAL EXPRESS

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

> /s/    Jack B. Blumenfeld (#1014)
> Morris, Nichols, Arsht & Tunnell
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jblumenfeld@mnat.com