
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | C.A. No. 05-768 (SLR) |

## DECLARATION OF VICKI HACKER IN SUPPORT OF CONOR'S MOTION TO STAY

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (ID # 1014)
Roger D. Smith II (ID # 3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Conor Medsystems, Inc.*

*Of Counsel:*

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Sherry M. Knowles
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
(404) 572-4600

Dated: January 3, 2006

I, Vicki Hacker, declare:

1. I am the Vice President of Clinical Affairs for Conor Medsystems, Inc. ("Conor"), the defendant in this action. I have held this position since June 2005. I make this declaration in support of Conor's motion to stay this action. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them under oath if called as a witness.

2. As Vice President of Clinical Affairs at Conor, my duties and responsibilities include management of clinical research activities and submission of clinical data summaries in support of regulatory approvals.

3. Conor has not received regulatory approval from the FDA to commercialize any stents in the United States. Much of Conor's activity in the United States is directed at obtaining such approval for its CoStar stent. Conor's records show that in March 2005, the FDA gave Conor conditional investigational device exemption approval to conduct a U.S. pivotal clinical trial of its CoStar stent.

4. My expectation is that, if all goes well, Conor will complete the necessary patient enrollment for the clinical trial in the second quarter of 2006, will complete the requisite 9-month clinical follow-up in the first quarter of 2007, and will complete its submission of clinical data to the FDA in the second quarter of 2007. Thereafter, the FDA will take additional time (6 months is not uncommon) to review and approve Conor's application to market the CoStar stent in the United States.

Executed on  01 January 2006 , at  Livermore, California .

I declare under penalty of perjury that the foregoing is true and correct.

_Vicki Hacker_
Vicki Hacker

<u>CERTIFICATE OF SERVICE</u>

I, Jack B. Blumenfeld, hereby certify that on January 3, 2006, I caused to be electronically filed with the Clerk of the Court Declaration of Vicki Hacker in Support of Conor's Motion to Stay using CM/ECF, which will send notification of such filing(s) to the following:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

and that I caused copies to be served upon the following in the manner indicated:

**<u>BY HAND</u>**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

**<u>BY FEDERAL EXPRESS</u>**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

/s/   Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com