EXHIBIT C

TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).

**This docket is current through 12/30/2005**

| | |
|---|---|
| Court: | U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA (EASTERN DIVISION - RIVERSIDE) |
| Case Title: | G DAVID JANG MD v. BOSTON SCIENTIFIC CORPORATION ET AL |
| Case: | 5:05-CV-00426 |
| Judge: | JUDGE VIRGINIA A. PHILLI |
| Date Filed: | 05/19/2005 |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | 5:05CV00426 |
| Referred To: | MAGISTRATE JUDGE STEPHEN G. LARSON |
| Jury Demand: | BOTH |
| Demand: | $100,000,000.00 |
| Nature of Suit: | CONTRACT:  OTHER CONTRACT  (190) |
| Jurisdiction: | DIVERSITY |
| Cause: | 28 USC 1332 DIVERSITY-BREACH OF CONTRACT |

**PARTICIPANT INFORMATION**

| | |
|---|---|
| Plaintiff: | G DAVID JANG MD |
| Attorney(s): | ALEXANDER L BRAINERD |
| | ABRAINERD@HEWM.COM |
| Firm Name: | HELLER EHRMAN |
| Attorney Address: | 333 BUSH STREET |
| | SAN FRANCISCO, CA 94104-2878 |
| Attorney Phone: | 415-772-6000 |
| | |
| Attorney(s): | DAVID E KLEINFELD |
| Firm Name: | HELLER EHRMAN |
| Attorney Address: | 4350 LA JOLLA VILLAGE DR, 7TH FL |
| | SAN DIEGO, CA 92122-1246 |
| Attorney Phone: | 858-450-8400 |

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
Attorney(s):           NAOMI B WALKER
Firm Name:             HELLER EHRMAN
Attorney Address:      4350 LA JOLLA VILLAGE DR, 7TH FL
                       SAN DIEGO, CA 92122-1246
Attorney Phone:        858-450-8400


Attorney(s):           PAUL A ROSE
Firm Name:             HELLER EHRMAN
Attorney Address:      4350 LA JOLLA VILLAGE DRIVE, 7TH FLOOR
                       SAN DIEGO, CA 92122-1246
Attorney Phone:        858-450-8400


Defendant:             BOSTON SCIENTIFIC CORPORATION A DELAWARE CORPORATION
Attorney(s):           EDWARD HAN
Firm Name:             HOWREY
Attorney Address:      1299 PENNSYLVANIA AVE NW
                       WASHINGTON, DC 20004-2402
Attorney Phone:        202-783-0800


Attorney(s):           JOHN NILSSON
Firm Name:             HOWREY
Attorney Address:      1299 PENNSYLVANIA AVENUE NW
                       WASHINGTON, DC 20004
Attorney Phone:        202-783-0800


Attorney(s):           MARC A COHN
Firm Name:             HOWREY
Attorney Address:      1299 PENNSYLVANIA AVENUE NW
                       WASHINGTON, DC 20004
Attorney Phone:        202-783-0800


Attorney(s):           MATTHEW M WOLF
Firm Name:             HOWREY
Attorney Address:      1299 PENNSYLVANIA AVENUE NW
                       WASHINGTON, DC 20004-2402
Attorney Phone:        202-783-0800


Attorney(s):           SANDRA SMITH THAYER
Firm Name:             HOWREY
Attorney Address:      550 SOUTH HOPE STREET, SUITE 1100
                       LOS ANGELES, CA 90071
Attorney Phone:        213-892-1800


Defendant:             SCIMED LIFE SYSTEMS INC A MINNESOTA CORPORATION
Attorney(s):           EDWARD HAN
Firm Name:             HOWREY
```

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

| | |
|---|---|
| **Attorney Address:** | 1299 PENNSYLVANIA AVE NW |
| | WASHINGTON, DC 20004-2402 |
| **Attorney Phone:** | 202-783-0800 |

| | |
|---|---|
| **Attorney(s):** | JOHN NILSSON |
| **Firm Name:** | HOWREY |
| **Attorney Address:** | 1299 PENNSYLVANIA AVENUE NW |
| | WASHINGTON, DC 20004 |
| **Attorney Phone:** | 202-783-0800 |

| | |
|---|---|
| **Attorney(s):** | MARC A COHN |
| **Firm Name:** | HOWREY |
| **Attorney Address:** | 1299 PENNSYLVANIA AVENUE NW |
| | WASHINGTON, DC 20004 |
| **Attorney Phone:** | 202-783-0800 |

| | |
|---|---|
| **Attorney(s):** | MATTHEW M WOLF |
| **Firm Name:** | HOWREY |
| **Attorney Address:** | 1299 PENNSYLVANIA AVENUE NW |
| | WASHINGTON, DC 20004-2402 |
| **Attorney Phone:** | 202-783-0800 |

| | |
|---|---|
| **Attorney(s):** | SANDRA SMITH THAYER |
| **Firm Name:** | HOWREY |
| **Attorney Address:** | 550 SOUTH HOPE STREET, SUITE 1100 |
| | LOS ANGELES, CA 90071 |
| **Attorney Phone:** | 213-892-1800 |

| | |
|---|---|
| **Counter Defendant:** | G DAVID JANG |
| **Attorney(s):** | DAVID E KLEINFELD |
| **Firm Name:** | HELLER EHRMAN WHITE & MCAULIFFE |
| **Attorney Address:** | 4350 LA JOLLA VILLAGE DR, 7TH FL |
| | SAN DIEGO, CA 92122-1246 |
| **Attorney Phone:** | 858-450-8400 |

| | |
|---|---|
| **Attorney(s):** | NAOMI B WALKER |
| **Firm Name:** | HELLER EHRMAN WHITE & MCAULIFFE |
| **Attorney Address:** | 4350 LA JOLLA VILLAGE DR, 7TH FL |
| | SAN DIEGO, CA 92122-1246 |
| **Attorney Phone:** | 858-450-8400 |

| | |
|---|---|
| **Attorney(s):** | PAUL A ROSE |
| **Firm Name:** | HELLER EHRMAN |
| **Attorney Address:** | 4350 LA JOLLA VILLAGE DRIVE, 7TH FLOOR |
| | SAN DIEGO, CA 92122-1246 |
| **Attorney Phone:** | 858-450-8400 |

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw. Case 1:05-cv-00768-SLR    Document 12-7    Filed 01/03/2006    Page 5 of 14

5:05-CV-00426                                                              Page 4

```
Counter Defendant:           BOSTON SCIENTIFIC CORPORATION A DELAWARE CORPORATION
Party Terminated:            TERMINATED: 06/24/2005

Counter Defendant:           SCIMED LIFE SYSTEMS INC A MINNESOTA CORPORATION
Party Terminated:            TERMINATED: 06/24/2005

COUNTER CLAIMANT:            BOSTON SCIENTIFIC CORPORATION A DELAWARE CORPORATION
Attorney(s):                 EDWARD HAN
Firm Name:                   HOWREY
Attorney Address:            1299 PENNSYLVANIA AVE NW
                             WASHINGTON, DC20004-2402
Attorney Phone:              202-783-0800
Attorney(s):                 JOHN NILSSON
Firm Name:                   HOWREY
Attorney Address:            1299 PENNSYLVANIA AVENUE NW
                             WASHINGTON, DC20004
Attorney Phone:              202-783-0800

Attorney(s):                 MARC A COHN
Firm Name:                   HOWREY
Attorney Address:            1299 PENNSYLVANIA AVENUE NW
                             WASHINGTON, DC20004
Attorney Phone:              202-783-0800

Attorney(s):                 MATTHEW M WOLF
Firm Name:                   HOWREY
Attorney Address:            1299 PENNSYLVANIA AVENUE NW
                             WASHINGTON, DC20004-2402
Attorney Phone:              202-783-0800

Attorney(s):                 SANDRA SMITH THAYER
Firm Name:                   HOWREY
Attorney Address:            550 SOUTH HOPE STREET, SUITE 1100
                             LOS ANGELES, CA90071
Attorney Phone:              213-892-1800

COUNTER CLAIMANT:            SCIMED LIFE SYSTEMS INC A MINNESOTA CORPORATION
Attorney(s):                 EDWARD HAN
Firm Name:                   HOWREY
Attorney Address:            1299 PENNSYLVANIA AVE NW
                             WASHINGTON, DC20004-2402
Attorney Phone:              202-783-0800

Attorney(s):                 JOHN NILSSON
Firm Name:                   HOWREY
Attorney Address:            1299 PENNSYLVANIA AVENUE NW
```

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw. Case 1:05-cv-00768-SLR    Document 12-7    Filed 01/03/2006    Page 6 of 14

5:05-CV-00426                                                                        Page 5

|                    |                                   |
|--------------------|-----------------------------------|
|                    | WASHINGTON, DC20004               |
| **Attorney Phone:** | 202-783-0800                     |
|                    |                                   |
| **Attorney(s):**   | MARC A COHN                       |
| **Firm Name:**     | HOWREY                            |
| **Attorney Address:** | 1299 PENNSYLVANIA AVENUE NW    |
|                    | WASHINGTON, DC20004               |
| **Attorney Phone:** | 202-783-0800                     |
|                    |                                   |
| **Attorney(s):**   | MATTHEW M WOLF                    |
| **Firm Name:**     | HOWREY                            |
| **Attorney Address:** | 1299 PENNSYLVANIA AVENUE NW    |
|                    | WASHINGTON, DC20004-2402          |
| **Attorney Phone:** | 202-783-0800                     |
|                    |                                   |
| **Attorney(s):**   | SANDRA SMITH THAYER               |
| **Firm Name:**     | HOWREY                            |
| **Attorney Address:** | 550 SOUTH HOPE STREET, SUITE 1100 |
|                    | LOS ANGELES, CA90071              |
| **Attorney Phone:** | 213-892-1800                     |

## DOCKET PROCEEDINGS

| Entry#: | Date:      | Description:                                                                                                                                                                                                                                                                                                                                                                                                  |
|---------|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 38      | 12/16/2005 | PROOF OF SERVICE FILED BY PLAINTIFF G DAVID JANG, RE NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO HIS FIRST SET OF REQUEST FOR PRCDUCTION OF DOCUMENTS; MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO HIS FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS; DECLARATION OF PAUL A. ROSE IN SUPPORT OF MOTION TO COMPEL RESPONSES TC HIS FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS ETC WAS SERVED ON 12/16/05. (AM, ) (ENTERED: 12/20/2005) |
|         |            | Order Document for Later Delivery                                                                                                                                                                                                                                                                                                                                                                            |
| 37      | 12/16/2005 | DECLARATION OF PAUL A. ROSE IN SUPPORT OF MOTION TO COMPEL RESPONSES TO HIS FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS[35] FILED BY PLAINTIFF G DAVID JANG. (AM, ) (ENTERED: 12/19/2005)                                                                                                                                                                                                                 |
|         |            | Order Document for Later Delivery                                                                                                                                                                                                                                                                                                                                                                            |
| 36      | 12/16/2005 | MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO HIS FIRST SET OF REQUEST FOR PRODUCTION OF                                                                                                                                                                                                                                                                                                            |

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

DOCUMENTS [35] FILED BY PLAINTIFF G DAVID JANG. (AM, ) (ENTERED: 12/19/2005)

Order Document for Later Delivery

35          12/16/2005     NOTICE OF MOTION AND MOTION TO COMPEL RESPONSES TO
                           HIS FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS
                           FILED BY PLAINTIFF G DAVID JANG. MOTION SET FOR
                           HEARING ON 1/23/2006 AT 03:00 PM BEFORE MAGISTRATE
                           JUDGE STEPHEN G. LARSON. LODGED PROPOSED ORDER. (AM,
                           ) (ENTERED: 12/19/2005)

                           Order Document for Later Delivery

34          10/20/2005     STIPULATION AND ORDER RE CASE SCHEDULE BY JUDGE
                           VIRGINIA A. PHILLIPS : DISCOVERY CUT-OFF 10/13/2006.
                           MOTIONS DUE BY 10/27/2006. JURY TRIAL SET FOR
                           2/20/2007 08:00 AM BEFORE HONORABLE VIRGINIA A.
                           PHILLIPS. PRETRIAL CONFERENCE SET FOR 1/29/2007
                           02:00 PM BEFORE HONORABLE VIRGINIA A. PHILLIPS. (SEE
                           DOCUMENT FOR OTHER DEADLINES)(MRGO, ) (ENTERED:
                           10/24/2005)

                           🔼 View Document in PDF Format
33          10/11/2005     ORDER BY JUDGE VIRGINIA A. PHILLIPS APPROVING THE
                           NOTICE AND REQUEST OF SETTLEMENT PROCEDURE SELECTION
                           (SP3) REQUIRING THE PARTIES TO APPEAR BEFORE A
                           RETIRED JUDICIAL OFFICER OR OTHER PRIVATE OR
                           NON-PROFIT DISPUTE RESOLUTION BODY.(DE, ) (ENTERED:
                           10/12/2005)

                           🔼 View Document in PDF Format
32          10/03/2005     PROOF OF SERVICE FILED BY COUNTERDEFENDANT G DAVID
                           JANG RE AMENDED ANSWER TO COMPLAINT[31], WAS SERVED
                           ON 10/3/05. (MRGO, ) (ENTERED: 10/04/2005)

                           Order Document for Later Delivery

31          10/03/2005     AMENDED REPLY TO ANSWER TO COUNTERCLAIM [8] BY
                           COUNTER DEFENDANT G DAVID JANG. (MRGO, ) (ENTERED:
                           10/04/2005)

                           Order Document for Later Delivery
            09/29/2005     PLACED IN FILE - NOT USED RE SETTLEMENT PROCEDURE
                           SELECTION: NOTICE, REQUEST AND ORDER LODGED 9/23/05
                           AND SUBMITTED BY PLAINTIFF AND DEFENDANTS G DAVID

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw. Case 1:05-cv-00768-SLR    Document 12-7    Filed 01/03/2006    Page 8 of 14

5:05-CV-00426                                                              Page 7

JANG, G DAVID JANG, BOSTON SCIENTIFIC CORPORATION.
(MRGO, ) (ENTERED: 09/30/2005)

Order Document for Later Delivery

30       09/26/2005   MINUTES OF SCHEDULING CONFERENCE HELD BEFORE JUDGE
                      VIRGINIA A. PHILLIPS. THE PARTIES SHALL FILE FORM
                      ADR-01, SETTLEMENT PROCEDURE SELECTION: NOTICE,
                      REQUEST AND ORDER NO LATER THAN 10/3/05. COUNSEL IS
                      DIRECTED TO SUBMIT A NEW PROPOSED SCHEDULE NO LATER
                      THAN 10/11/05 FOR THE COURT'S APPROVAL. ANY REPLY TO
                      THE COUNTER-CLAIM SHALL BE FILED NO LATER THAN
                      10/3/05.COURT REPORTER: PHYLLIS PRESTON. (MRGO, )
                      (ENTERED: 09/30/2005)

                      🔁 View Document in PDF Format
29       09/12/2005   JOINT STIPULATION AND ORDER CONTINUING SCHEDULING
                      CONFERENCE BY JUDGE VIRGINIA A. PHILLIPS :
                      SCHEDULING CONFERENCE SET FOR 9/26/2005 01:30 PM
                      BEFORE HONORABLE VIRGINIA A. PHILLIPS.(MRGO, )
                      (ENTERED: 09/14/2005)

                      🔁 View Document in PDF Format
28       08/29/2005   JOINT REPORT RULE 26(F) DISCOVERY PLAN FILED;
                      ESTIMATED LENGTH OF TRIAL 10 DAYS. (MRGO, )
                      (ENTERED: 09/01/2005)

                      Order Document for Later Delivery

27       08/08/2005   MINUTES OF MOTION HEARING HELD BEFORE JUDGE VIRGINIA
                      A. PHILLIPS RE: PLAINTIFF AND COUNTER-DEFENDANT'S
                      MOTION TO DISMISS 1ST, 2ND, 3RD, 5TH, AND 6TH COUNTS
                      OF AND PRAYER FOR PUNITIVE DAMAGES IN, COUNTERCLAIM
                      OF BOSTON SCIENTIFIC CORP AND SCIMED LIFE SYSTEMS
                      INC[11]. THE MOTION IS DENIED.COURT REPORTER:
                      PHYLLIS PRESTON. (MRGO, ) (ENTERED: 08/11/2005)

                      🔁 View Document in PDF Format
26       08/04/2005   PROOF OF SERVICE FILED BY PLAINTIFF AND
                      COUNTERDEFENDANT G DAVID JANG, G DAVID JANG RE REPLY
                      (MOTION RELATED), REPLY (MOTION RELATED)[24], PROOF
                      OF SERVICE (SUBSEQUENT DOCUMENTS)[25], WERE SERVED
                      ON 8/1/05. (MRGO, ) (ENTERED: 08/05/2005)

                      Order Document for Later Delivery

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw. Case 1:05-cv-00768-SLR    Document 12-7    Filed 01/03/2006    Page 9 of 14

5:05-CV-00426                                                              Page 8

25          08/01/2005      DECLARATION OF SERVICE FILED BY PLAINTIFF AND
                            COUNTERDEFENDANT G DAVID JANG, G DAVID JANG RE REPLY
                            (MOTION RELATED), REPLY (MOTION RELATED)[24], WAS
                            SERVED ON 8/1/05. (MRGO, ) (ENTERED: 08/02/2005)

                            Order Document for Later Delivery

24          08/01/2005      REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO DISMISS
                            1ST, 2ND, 3RD, 5TH, AND 6TH COUNTS OF AND PRAYER FOR
                            PUNITIVE DAMAGES IN, COUNTERCLAIM OF BOSTON
                            SCIENTIFIC CORP AND SCIMED LIFE SYSTEMS INC[11]
                            FILED BY PLAINTIFF AND COUNTERDEFENDANT G DAVID
                            JANG, G DAVID JANG. (MRGO, ) (ENTERED: 08/02/2005)

                            Order Document for Later Delivery

23          07/27/2005      PROOF OF SERVICE FILED BY PLAINTIFF AND
                            COUNTERDEFENDANT G DAVID JANG, G DAVID JANG RE
                            MEMORANDUM IN SUPPORT OF MOTION, [13], MOTION
                            RELATED DOCUMENT, [14], PROOF OF SERVICE (SUBSEQUENT
                            DOCUMENTS), PROOF OF SERVICE (SUBSEQUENT
                            DOCUMENTS)[15], MOTION TO DISMISS 1ST, 2ND, 3RD,
                            5TH, AND 6TH COUNTS OF AND PRAYER FOR PUNITIVE
                            DAMAGES IN, COUNTERCLAIM OF BOSTON SCIENTIFIC CORP
                            AND SCIMED LIFE SYSTEMS INC[11], REQUEST FOR
                            JUDICIAL NOTICE,, REQUEST FOR RELIEF, [12], WERE
                            SERVED ON 7/18/05. (MRGO, ) (ENTERED: 08/01/2005)

                            Order Document for Later Delivery

22          07/27/2005      ORDER BY JUDGE VIRGINIA A. PHILLIPS : GRANTING [19]
                            APPLICATION TO APPEAR PRO HAC VICE BY ATTORNEY
                            MATTHEW M WOLF ON BEHALF OF
                            DEFENDANT/COUNTERCLAIMANT BOSTON SCIENTIFIC
                            CORPORATION AND SCIMED LIFE SYSTEMS, DESIGNATING
                            SANDRA THAYER AS LOCAL COUNSEL. (MRGO, ) (ENTERED:
                            07/27/2005)

                            View Document in PDF Format
21          07/27/2005      ORDER BY JUDGE VIRGINIA A. PHILLIPS : GRANTING [18]
                            APPLICATION TO APPEAR PRO HAC VICE BY ATTORNEY
                            EDWARD HAN ON BEHALF OF DEFENDANT/COUNTERCLAIMANT
                            BOSTON SCIENTIFIC CORPORATION AND SCIMED LIFE
                            SYSTEMS, DESIGNATING SANDRA THAYER AS LOCAL COUNSEL.
                            (MRGO, ) (ENTERED: 07/27/2005)

                            View Document in PDF Format

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw. Case 1:05-cv-00768-SLR    Document 12-7    Filed 01/03/2006    Page 10 of 14

5:05-CV-00426                                                                Page 9

| 20 | 07/27/2005 | ORDER BY JUDGE VIRGINIA A. PHILLIPS : GRANTING [17] APPLICATION TO APPEAR PRO HAC VICE BY ATTORNEY JOHN NILSSON ON BEHALF OF DEFENDANT/COUNTERCLAIMANT BOSTON SCIENTIFIC CORPORATION AND SCIMED LIFE SYSTEMS, DESIGNATING SANDRA THAYER AS LOCAL COUNSEL. (MRGO, ) (ENTERED: 07/27/2005) |

📄 View Document in PDF Format

| | 07/26/2005 | FAX NUMBER FOR ATTORNEY JOHN NILSSON IS 202-383-6610. (MRGO, ) (ENTERED: 07/27/2005) |

Order Document for Later Delivery

| 19 | 07/26/2005 | APPLICATION FOR ATTORNEY MATTHEW M WOLF TO APPEAR PRO HAC VICE. FEE PAID. FILED BY DEFENDANT/COUNTERCLAIMANT BOSTON SCIENTIFIC CORPORATION, SCIMED LIFE SYSTEMS INC, BOSTON SCIENTIFIC CORPORATION, SCIMED LIFE SYSTEMS INC. LODGED ORDER. (MRGO, ) (ENTERED: 07/27/2005) |

Order Document for Later Delivery

| 18 | 07/26/2005 | APPLICATION FOR ATTORNEY EDWARD HAN TO APPEAR PRO HAC VICE. FEE PAID. FILED BY DEFENDANT/COUNTERCLAIMANT BOSTON SCIENTIFIC CORPORATION, SCIMED LIFE SYSTEMS INC, BOSTON SCIENTIFIC CORPORATION, SCIMED LIFE SYSTEMS INC. LODGED ORDER. (MRGO, ) (ENTERED: 07/27/2005) |

Order Document for Later Delivery

| 17 | 07/26/2005 | APPLICATION FOR ATTORNEY JOHN NILSSON TO APPEAR PRO HAC VICE. FEE PAID. FILED BY DEFENDANT/COUNTERCLAIMANT BOSTON SCIENTIFIC CORPORATION, BOSTON SCIENTIFIC CORPORATION AND SCIMED LIFE SYSTEMS INC. LODGED ORDER. (MRGO, ) MODIFIED ON 7/27/2005 (MRGO, ). (ENTERED: 07/27/2005) |

Order Document for Later Delivery

| 16 | 07/25/2005 | MEMORANDUM IN OPPOSITION TO PLAINTIFF AND COUNTERDEFENDANT G DAVID JANG'S MOTION TO DISMISS 1ST, 2ND, 3RD, 5TH, AND 6TH COUNTS OF AND PRAYER FOR PUNITIVE DAMAGES IN, COUNTERCLAIM OF BOSTON SCIENTIFIC CORP AND SCIMED LIFE SYSTEMS INC[11] FILED BY DEFENDANTS BOSTON SCIENTIFIC CORPORATION, |

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw. Case 1:05-cv-00768-SLR   Document 12-7   Filed 01/03/2006   Page 11 of 14

5:05-CV-00426                                                        Page 10

SCIMED LIFE SYSTEMS INC. (MRGO, ) (ENTERED: 07/26/2005)

Order Document for Later Delivery

15       07/18/2005    DECLARATION OF SERVICE FILED BY PLAINTIFF AND
                       COUNTERDEFENDANT G DAVID JANG, G DAVID JANG RE
                       MEMORANDUM IN SUPPORT OF MOTION, [13], MOTION
                       RELATED DOCUMENT, [14], MOTION TO DISMISS 1ST, 2ND,
                       3RD, 5TH, AND 6TH COUNTS OF AND PRAYER FOR PUNITIVE
                       DAMAGES IN, COUNTERCLAIM OF BOSTON SCIENTIFIC CORP
                       AND SCIMED LIFE SYSTEMS INC[11], REQUEST FOR
                       JUDICIAL NOTICE, REQUEST FOR RELIEF, [12], WERE
                       SERVED ON 7/18/05. (MRGO, ) MODIFIED ON 7/22/2005
                       (MRGO, ). (ENTERED: 07/22/2005)

                       Order Document for Later Delivery

14       07/18/2005    APPENDIX OF NON-CALIFORNIA CASES IN SUPPORT OF HIS
                       MOTION TO DISMISS 1ST, 2ND, 3RD, 5TH, AND 6TH COUNTS
                       OF AND PRAYER FOR PUNITIVE DAMAGES IN, COUNTERCLAIM
                       OF BOSTON SCIENTIFIC CORP AND SCIMED LIFE SYSTEMS
                       INC[11] FILED BY PLAINTIFF AND COUNTERDEFENDANT G
                       DAVID JANG, G DAVID JANG. (MRGO, ) (ENTERED:
                       07/22/2005)

                       Order Document for Later Delivery

13       07/18/2005    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
                       HIS MOTION TO DISMISS 1ST, 2ND, 3RD, 5TH, AND 6TH
                       COUNTS OF AND PRAYER FOR PUNITIVE DAMAGES IN,
                       COUNTERCLAIM OF BOSTON SCIENTIFIC CORP AND SCIMED
                       LIFE SYSTEMS INC[11] FILED BY PLAINTIFF AND
                       COUNTERDEFENDANT G DAVID JANG, G DAVID JANG. (MRGO,
                       ) (ENTERED: 07/22/2005)

                       Order Document for Later Delivery

12       07/18/2005    REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HIS MOTION
                       TO DISMISS 1ST, 2ND, 3RD, 5TH, AND 6TH COUNTS OF AND
                       PRAYER FOR PUNITIVE DAMAGES IN, COUNTERCLAIM OF
                       BOSTON SCIENTIFIC CORP AND SCIMED LIFE SYSTEMS
                       INC[11] FILED BY PLAINTIFF AND COUNTERDEFENDANT G
                       DAVID JANG, G DAVID JANG. (MRGO, ) (ENTERED:
                       07/22/2005)

                       Order Document for Later Delivery

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

11          07/18/2005      NOTICE OF MOTION AND MOTION TO DISMISS 1ST, 2ND,
                            3RD, 5TH, AND 6TH COUNTS OF, AND PRAYER FOR PUNITIVE
                            DAMAGES IN, COUNTERCLAIM OF BOSTON SCIENTIFIC CORP
                            AND SCIMED LIFE SYSTEMS INC FILED BY PLAINTIFF AND
                            COUNTERDEFENDANT G DAVID JANG, G DAVID JANG. MOTION
                            SET FOR HEARING ON 8/8/2005 AT 10:00 AM BEFORE
                            HONORABLE VIRGINIA A. PHILLIPS. (MRGO, ) (ENTERED:
                            07/22/2005)

                            Order Document for Later Delivery

10          07/18/2005      REPLY TO ANSWER TO COMPLAINT (DISCOVERY),
                            COUNTERCLAIM[8] FILED BY PLAINTIFF AND
                            COUNTERDEFENDANT G DAVID JANG, G DAVID JANG.(MRGO, )
                            (ENTERED: 07/21/2005)

                            Order Document for Later Delivery

7           06/27/2005      ORDER SETTING SCHEDULING CONFERENCE BY JUDGE
                            VIRGINIA A. PHILLIPS : SCHEDULING CONFERENCE SET FOR
                            9/12/2005 01:30 PM BEFORE HONORABLE VIRGINIA A.
                            PHILLIPS.(MRGO, ) (ENTERED: 06/27/2005)
                            📄 View Document in PDF Format
9           06/24/2005      NOTICE OF INTERESTED PARTIES FILED BY COUNTER
                            CLAIMANTS BOSTON SCIENTIFIC CORPORATION, SCIMED LIFE
                            SYSTEMS INC, DEFENDANTS BOSTON SCIENTIFIC
                            CORPORATION, SCIMED LIFE SYSTEMS INC. (MRGO, )
                            (ENTERED: 06/27/2005)

                            Order Document for Later Delivery

            06/24/2005      FAX NUMBER FOR ATTORNEY MARC A COHN, EDWARD HAN,
                            MATTHEW M WOLF IS 202-383-6610. (MRGO, ) (ENTERED:
                            06/27/2005)

                            Order Document for Later Delivery

            06/24/2005      FAX NUMBER FOR ATTORNEY SANDRA SMITH IS
                            213-892-2300. (MRGO, ) (ENTERED: 06/27/2005)

                            Order Document for Later Delivery

8           06/24/2005      ANSWER TO COMPLAINT - (DISCOVERY)[1] WITH JURY
                            DEMAND, COUNTERCLAIM AGAINST G DAVID JANG MD FILED
                            BY DEFENDANTS BOSTON SCIENTIFIC CORPORATION, SCIMED
                            LIFE SYSTEMS INC.(MRGO, ) MODIFIED ON 6/27/2005

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

(MRGO, ). (ENTERED: 06/27/2005)

Order Document for Later Delivery

6        06/09/2005       FIRST STIPULATION EXTENDING TIME TO ANSWER THE
COMPLAINT. BOSTON SCIENTIFIC CORPORATION ANSWER DUE
6/24/2005; SCIMED LIFE SYSTEMS INC ANSWER DUE
6/24/2005. FILED BY PLAINTIFF AND DEFENDANT G DAVID
JANG; BOSTON SCIENTIFIC CORPORATION; SCIMED LIFE
SYSTEMS INC. (MRGO, ) (ENTERED: 06/14/2005)

Order Document for Later Delivery

5        05/31/2005       PROOF OF SERVICE EXECUTED BY PLAINTIFF G DAVID JANG,
UPON SCIMED LIFE SYSTEMS INC SERVED ON 5/20/2005,
ANSWER DUE 6/9/2005. THE SUMMONS AND COMPLAINT WERE
SERVED BY PERSONAL SERVICE, BY STATE STATUTE, UPON
RHONDA MCCARTY, A PERSON AUTHORIZED TO ACCEPT. DUE
DILLIGENCE DECLARATION NOT ATTACHED. ORIGINAL
SUMMONS NOT RETURNED. (MRGO, ) (ENTERED: 06/07/2005)

Order Document for Later Delivery

4        05/31/2005       PROOF OF SERVICE EXECUTED BY PLAINTIFF G DAVID JANG,
UPON BOSTON SCIENTIFIC CORPORATION SERVED ON
5/20/2005, ANSWER DUE 6/9/2005. THE SUMMONS AND
COMPLAINT WERE SERVED BY PERSONAL SERVICE, BY STATE
STATUTE, UPON RHONDA MCCARTY, A PERSON AUTHORIZED TO
ACCEPT. DUE DILLIGENCE DECLARATION NOT ATTACHED.
ORIGINAL SUMMONS NOT RETURNED. (MRGO, ) (ENTERED:
06/07/2005)

Order Document for Later Delivery

3        05/20/2005       STANDING ORDER (SEE DOCUMENT FOR DETAILS), BY JUDGE
VIRGINIA A. PHILLIPS. (DE, ) (ENTERED: 05/23/2005)

                                    View Document in PDF Format

2        05/19/2005       NOTICE OF INTERESTED PARTIES FILED BY PLAINTIFF G
DAVID JANG. (MRGO, ) (ENTERED: 05/20/2005)

Order Document for Later Delivery

         05/19/2005       20 DAYS SUMMONS ISSUED RE COMPLAINT - (DISCOVERY)[1]
AS TO BOSTON SCIENTIFIC CORPORATION, SCIMED LIFE
SYSTEMS INC. (MRGO, ) (ENTERED: 05/20/2005)

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

5:05-CV-00426                                          Page 13


                        Order Document for Later Delivery

        05/19/2005      FAX NUMBER FOR ATTORNEY ALEXANDER L BRAINERD IS
                        415-772-6268. (MRGO, ) (ENTERED: 05/20/2005)

                        Order Document for Later Delivery

        05/19/2005      FAX NUMBER FOR ATTORNEY DAVID E KLEINFELD, PAUL A
                        ROSE, NAOMI B WALKER IS 858-450-8499. (MRGO, )
                        (ENTERED: 05/20/2005)

                        Order Document for Later Delivery

1       05/19/2005      COMPLAINT AGAINST DEFENDANTS BOSTON SCIENTIFIC
                        CORPORATION, SCIMED LIFE SYSTEMS INC.(FILING FEE
                        &#036; 250) JURY DEMANDED. , FILED BY PLAINTIFF G
                        DAVID JANG.(MRGO, ) (ENTERED: 05/20/2005)

                        Order Document for Later Delivery

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.