IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John M. Desmarais, Peter J. Armenio, and Eric W. Dittmann of Kirkland & Ellis LLP to represent Boston Scientific Corporation and Boston Scientific Scimed, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
apoff@ycst.com
*Attorneys for Plaintiffs*

Dated: January 9, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of John M. Desmarais, Peter J. Armenio and Eric W. Dittman is granted.

Date: January ___, 2006

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
John M. Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

DATED: January 6, 2006

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                        Peter J. Armenio
                                        Kirkland & Ellis LLP
                                        Citigroup Center
                                        153 East 53rd Street
                                        New York, NY  10022

DATED: January 6, 2006

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and New Jersey and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                                                        */s/ Eric Dittmann*
                                                                        Eric W. Dittmann
                                                                        Kirkland & Ellis LLP
                                                                        Citigroup Center
                                                                        153 East 53rd Street
                                                                        New York, NY 10022

DATED: January 6, 2006

DB01:1197131.1

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on January 9, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Jack B. Blumenfeld, Esquire
>   Morris Nichols Arsht & Tunnell LLP
>   1201 North Market Street
>   PO Box 1347
>   Wilmington, DE 19899-1347

I further certify that on January 9, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

>   Matthew D. Powers, Esquire
>   Jared Bobrow, Esquire
>   Weil, Gotshal & Manges LLP
>   201 Redwood Shores parkway
>   Redwood Shores, CA 94065
>
>   Sherry M. Knowles, Esquire
>   King & Spalding LLP
>   191 Peachtree Street
>   Atlanta, GA 30303

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
apoff@ycst.com

Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.