IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-768 (SLR) ) ) ) ) ) ) |

### STIPULATION AND ORDER

The parties hereby stipulate, subject to the approval of the Court, to amend the briefing schedule required by Local Rule 7.1.2 to extend plaintiffs' date to file and serve their Answering Brief in opposition to defendant's Motion to Stay (D.I. 9) from January 18, 2006, to January 25, 2006. Further, the parties stipulate, subject to the Court's approval, to extend defendant's date to file and serve its Reply Brief in support of its Motion to Stay from February 1, 2006, to February 6, 2006.

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| _John W. Shaw by Chad Stover_ <br> Josy W. Ingersoll (#1088) <br> John W. Shaw (#3362) <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6600 <br> jshaw@ycst.com <br> Attorneys for Plaintiffs | /s/ Rodger D. Smith II <br> Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br> Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge