IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br>Plaintiffs, <br><br>v. <br><br>CONOR MEDSYSTEMS, INC., <br><br>Defendant. | ) ) ) ) ) ) Civil Action No. 05-768 (SLR) ) ) ) ) ) |

**STIPULATION AND ORDER**

The parties hereby stipulate, subject to the approval of the Court, to amend the briefing schedule required by Local Rule 7.1.2 to extend plaintiffs' date to file and serve their Answering Brief in opposition to defendant's Motion to Stay (D.I. 9) through and including February 1, 2006. Further, the parties stipulate, subject to the Court's approval, to extend defendant's date to file and serve its Reply Brief in support of its Motion to Stay through and including February 15, 2006.

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ John W. Shaw <br> Josy W. Ingersoll (#1088) <br> John W. Shaw (#3362) <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6600 <br> jshaw@ycst.com <br> Attorneys for Plaintiffs | /s/ Rodger D. Smith <br> Jack B. Blumenfeld (#1014) <br> Rodger D. Smith II (#3778) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> rsmith@mnat.com <br> Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge