IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-768 (SLR) |

## STIPULATION AND ORDER

The parties hereby stipulate, subject to the approval of the Court, to amend the briefing schedule required by Local Rule 7.1.2 to extend plaintiffs' date to file and serve their Answering Brief in opposition to defendant's Motion to Stay (D.I. 9) through February 15, 2006. Further, the parties stipulate, subject to the Court's approval, to extend defendant's date to file and serve its Reply Brief in support of its Motion to Stay through March 6, 2006.

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

/s/ _____
Josy W. Ingersoll (#1088)
John W. Shaw (#3362)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
(302) 571-6600
jshaw@ycst.com
Attorneys for Plaintiffs

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
Attorneys for Defendant

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge