**EXHIBIT 3**

**CIBC World Markets**
**16th Annual Healthcare Conference**
November 7-9, 2005, The Waldorf-Astoria, New York City, NY

**CONOR MEDSYSTEMS, INC.**
Webcast presentation
November 8, 2005

1      [START TAPE 1 SIDE A]

2      JOHN:  Okay.  Hello, everybody.  Our next

3  presenting company is Conor Medsystems and

4  sector out performer rated stock.  You've heard

5  a lot from us about Conor, very innovative

6  vascular drug delivery company.  That's the way

7  we like to describe it as I think the company

8  would agree with.

9      And with us today is Chairman and CEO Frank

10  Litvack who'll go through the presentation and

11  then we'll see you guys in the breakout room,

12  which is the center room, the Louis XVI, center.

13      So with that, Frank.

14      MR. FRANK LITVACK:  Thank you, John, and

15  thanks, everybody, for coming and thanks for

16  inviting us here today at the meeting.  It looks

17  like it's a big success.

18      If you don't mind just take a moment to

19  carefully read this forward-looking statement

20  disclaimer.

21      So I'm going to focus a little bit on the

22  high level of what's going on with our company,

23  the technology in the pipeline, talk a little

24  bit about our business and the milestones that

25  are coming up.

1    So just to reiterate what John said, we view

2    ourselves as an innovative controlled vascular

3    drug delivery technology.  And our principal

4    product is a novel and proprietary stent, which

5    principally uses reservoirs versus a surface

6    coating, and this allows for enhanced control of

7    drug release with respect to kinetic, multiple

8    drugs and directional control.

9    And very importantly, we early on made a

10   decision to focus entirely on bio-erode-able

11   polymers with the idea being that no potentially

12   toxic or residual polymer should be left after

13   the drug is delivered.

14   The polymers are there just to deliver the

15   drug.  It's not there for any other reason and

16   we attempt to match the drug delivery to the

17   tissues physiology.

18   Before going into any of our own

19   technologies, I think it's worthwhile taking a

20   moment to take a 40,000 foot look at the

21   remaining challenges of the first generation of

22   existing coated drug-eluting stents.

23   And there's a few areas that we think

24   provide room for improvement and they actually

25   provide opportunity for us and other players.

CONOR MEDSYSTEMS, INC                    4

1      First of all, the recurrence rate in the

2   real world is still sub-optimal and we think

3   there's an opportunity there to optimize

4   existing drugs and to potentially look at some

5   newer agents and/or combinations of drugs.

6      Second, the issue of stent thrombosis needs

7   to kind of be bifurcated into early and sub-

8   acute stent thrombosis, which may be just a bit

9   more frequent with all drug-eluting stents than

10  it is with bare stents.

11     We certainly have had our .3 to .6%

12  incidence of early stent thrombosis.  There may

13  be an opportunity there, to put in an anti-

14  platelet or anti-thrombotic agent on the stent.

15     Perhaps more importantly because it's so

16  difficult to predict and so insidious is this

17  new concept of delayed stent thrombosis, a

18  previously unknown condition that seems to occur

19  months or even years after the procedure.

20     We think we have a real opportunity there

21  because we're using a fully erode-able polymer

22  and complete drug discharge.  Bare stents do not

23  have late stent thrombosis.

24     This is unique to the current generation of

25  drug-eluting stents and we think that we may

1    have a solution for that.  Then of course,

2    coated stents provide limits on dual drugs,

3    kinetics, directional, et cetera, et cetera.

4        Looking at our product opportunities, this

5    includes our current products and some of our

6    futuristic pipeline, we like to divide the world

7    up into restenosis, restenosis plus potential

8    inhibition of thrombosis, and then beyond re-

9    stenosis.

10       Our first product, the product upon which

11   the commercial or near-term commercial

12   possibilities for the company is based is the

13   CoStar Paclitaxel eluting stent.  We are

14   anticipating a CE mark for European approval for

15   later this year or in the first portion of next

16   year.

17       We will be distributing that product in

18   Europe through our European marketing partner,

19   Biotronics.

20       In addition, our U.S. pivotal trial is well

21   under way.  We are enrolling a 1700 patient

22   randomized non-impurity trial versus taxis,

23   including both single and multi-vessel disease.

24   And we expect enrollment in that trial to be

25   complete at around the end of the first quarter

1  of next year.

2      We're very actively looking at next

3  generation restenosis products.  We licensed to

4  Necrolemis [phonetic] from Novartis.  I'm going

5  to talk about that in a little while.

6      We've got we believe the first dual drug

7  stent with independent release – sustained

8  release kinetics combining Necrolemis plus

9  Paclitaxel to attack both the inflamed

10  inflammation and proliferative pathways.

11      And we're planning to start the OUS pivotal

12  trials with our next generation of drugs on our

13  platform sometime next year.

14      With respect to the thrombosis story, this

15  is still in the experimental phase.  We're

16  looking at a number of anti-platelet and anti-

17  thrombotic agents.  This may or may not result

18  in a product that gets into humans, but it's an

19  intriguing concept.

20      Further, we're also looking at dealing with

21  stents that can deliver drugs to potentially

22  reduce myocardial infarct size and through

23  luminol elution, we're looking right now at

24  insulin.  We have a couple other drugs on the

25  docket as well.

1    So what we believe is that we have a

2    platform that can compete effectively in today's

3    market, but also has legs and wherewithal to

4    develop a product that can move us and

5    differentiate us beyond the current players.

6    This is a picture of the cobalt chromium

7    Conor stent.  The major difference is that it is

8    a stent that's full of reservoirs.  These

9    reservoirs become the depots for the drugs.

10    The CoStar is made out of cobalt chromium.

11    We believe it is the lowest profile or skinniest

12    stent of all the stents that are currently

13    either on the market or in clinical trial.

14    The reservoirs provide an important degree

15    of control over drug release.  How you load the

16    drug in the reservoir, the drug polymer

17    combination, can dictate the kinetic release

18    curve as well as the direction.

19    Again, remember we're using erode-able

20    polymers.  We can have bi-directional release,

21    uni-directional release, single drugs from the

22    same reservoir or drugs coming from adjacent

23    reservoirs with independent release kinetics.

24    So there's a lot of permutations and

25    combinations, a lot of degrees of freedom that

1    we can use.

2        In fact, we used as a kinetic control to do

3    the trial that I think put us on the map at

4    least in the medical and scientific community,

5    and that's the PISCES trial.

6        And the PISCES trial, which to the best of

7    my knowledge is a unique trial, we actually used

8    six different formulations of two doses.  So we

9    had a 10 microgram dose, a 30 microgram dose — I

10   remind you the dose on etaxis [phonetic] is

11   about 110 for a 16 millimeter stent microgram of

12   Paclitaxel.

13       And we had three different release rates:  a

14   very fast release rate, an intermediate, and a

15   longer release rate.  And we wanted to see if

16   kinetics and/or dose affects efficacy because we

17   were choosing the formulation basket for our

18   clinical trials.

19       What we showed in this PISCES trial was that

20   long release was the most important determinant.

21   So both the 10 micrograms, 30-day in vitro

22   release and the 30 micrograms, 30-day in vitro

23   release actually resulted in the best results.

24       Whereas the same dose or even a higher dose

25   with a short release resulted in results that

1    were barely better than a bare metal stent.

2         This data helped kind of teach the world

3    that you can actually modulate the efficacy of a

4    drug by releasing it in a manner that is

5    consistent with its physiologic requirement.

6         We then went on and did a number of OUS

7    trials.  I won't go through them in detail.  We

8    talked about the PISCES, but the next important

9    trial that we did was the EuroSTAR trial, which

10   was our European pivotal trial.

11        I'm going to present you with the dose that

12   is going to be our commercial dose, which turns

13   out to be our 10 micrograms by 30-day in vitro

14   release.  And of course, our CoStar II trial,

15   which is the U.S. pivotal, which is still

16   enrolling.

17        The EuroSTAR trial, which we had previously

18   presented basically showed very, very

19   competitive six-month results.  The binary

20   stenosis result in stent was 3.4% and in segment

21   was 4.7%.  The late loss in stent was 0.26

22   millimeters and in segment was 0.07 millimeters.

23        We believe this is the lowest late loss

24   results that have ever been shown with a taxile

25   [phonetic] stent.

1    When we put together this kind of McKinsey

2    like clinical utility chart where we put in-

3    stent late loss, lower being better up to a

4    certain point - you don't want to be too, too

5    low - and a crossing profile lower to the right

6    being better and you compare the competitive

7    products, we thought that we ended up in that

8    coveted right lower quadrant with a very low

9    crossing profile and a low in-stent late loss.

10    So we think that what I've shown you here is

11    that we've got a very, very - the first two legs

12    of the stool, the first being deliverability.

13    We think the cobalt chromium stent is as

14    deliverable as any stent out there.  And

15    efficacy, we've shown you excellent efficacy

16    data.

17    We basically have now completed our OUS

18    trials with our pivotal and our dose ranging.

19    And this is an interesting slide that we've

20    never shown before.

21    Basically, it's a three-dimensional slide

22    which combines data from all our OUS trials and

23    it looks at late loss on the Y axis for three

24    different doses.  We also used a low dose, 3

25    micrograms, 10, which is our pivotal dose, and

1   30 micrograms and for faster release and for

2   longer release, 10 days and 30 days.

3        And as you can see, you kind of threaded the

4   needle with Taxil [phonetic], which is a kind of

5   a difficult drug to use and the 10 micrograms,

6   30-day release which we're using in the European

7   commercial product and in our U.S. pivotal,

8   ultimately U.S. commercial product, was really

9   developed or determined by virtue of all these

10  dosing kinetic range studies.

11       And I think nobody has done this before in

12  drug-eluting stent and this is part of the power

13  of the kinetic control of reservoir based drug

14  technology.

15       So we've talked about deliverability.  We've

16  talked about efficacy.  What about safety?

17       We think that we may well have a long-term

18  story to tell there.  This is an example of a

19  Connor stent explanted from a pig at seven days

20  and you can see that the polymer is intact.  If

21  you look at the middle of the reservoir, it

22  looks like it's beginning to start to erode a

23  little bit.

24       However, if you come back at a 180 days, you

25  can see that there is no polymer left on the

1    stent.  Similarly, if we do chemical assays of

2    the pig artery and the explanted skin, we have

3    no drug and no polymer left at approximately six

4    months in either the stent or the artery in the

5    porcine model.

6        We believe that this is a very, very

7    important potential advantage because we don't

8    have drug and polymers sitting in the patient's

9    arteries for the rest of the patient's life.

10        In fact, when we look at our OUS studies and

11   we look at the patients that have gone well

12   beyond six months now that have - are off Plavix

13   six months per protocol, we have 845 stents and

14   we have fortunately not had a single case of

15   delayed or stent thrombosis reported to us.

16        Now, this data obviously requires more

17   follow up both temporally and numerically, but

18   we believe that it presents a very interesting

19   hypothesis to the medical community and it's a

20   hypothesis that we believe may well turn out to

21   be fully validated in the years to come.

22        Talking a little bit about our pipeline,

23   we're very excited to moving on to yet our next

24   generation of drugs.  We have a philosophy that

25   we want to obsolete our own products.

1    We've been very, very innovative and we had

2    the ability to expediently develop product.

3    Kinecrolemis [phonetic] is a potent inhibitor of

4    inflammatory cytokines.  As you know,

5    inflammation is an important player in vascular

6    disease.

7    It does not, however, inhibit Emptor, as

8    does Rapamycin and Everolimus.  And therefore,

9    does not inhibit endothelial cell proliferation,

10   which is considered important.

11   Endothelial cells are considered important

12   because they coat the surface of the stent.

13   Inflammation, as I mentioned before, is an

14   important factor in both vulnerable plaque and

15   restenosis.

16   And a drug that inhibits inflammation can

17   have some broad applications.  We've now

18   presented our earlier - at TCT, we presented our

19   pre-clinical data on our new product, which we

20   hope to move into the clinic.

21   This slide shows you a bare cobalt chromium

22   stent on the left and Kinecrolemis with both a

23   fast release and a slow release on the right.

24   We've demonstrated about a 40% reduction in the

25   original hyperplasia in the 30-day porcine

1    model.

2         I will also say that this fast release in

3    our system is actually still about two plus

4    months.  The slow release is about six months in

5    vivo.  Remember we showed you the Taxil also

6    about six months.

7         We believe that by moving to a faster

8    release, that's two months, we are driving drug

9    early into the artery when inflammation is very,

10   very important.  We're also getting rid of the

11   drug and polymer even earlier, which hopefully

12   will allows us to revert to a bare stent even

13   earlier.

14        When we look at the data on neointimal

15   thickness, we see about a 40% reduction in the

16   neointimal thickness on the histology.  That's

17   an important metric of efficacy in the porcine

18   model.

19        We also interestingly noted that even as

20   compared to a bare stent, we're not talking

21   about it compared with a Taxil stent, but even

22   as compared with a bare stent, we had a

23   statistically significant reduction in

24   endothelial - in inflammation both in the

25   adventitia [phonetic] and the entoma in the

1    Kinecrolemis stent.

2        So it's quite possible that the efficacy is

3    in fact being driven by this anti-inflammatory

4    property and the inhibition inflammation should

5    theoretically promote rapid re-endotheliazation

6    and healing and hopefully provide a kinder,

7    simpler - a kinder and gentler solution.

8        We, however, also believe that there are

9    certain recalcitrant patients like diabetics and

10   patients with small vessels that have higher

11   rates of restenosis and in that cohort we're

12   looking at a dual drug stent.

13       This is a - we believe the first of its kind

14   dual drug stent with both Kinecrolemis and

15   Paclitaxel independent release kinetics coming

16   from alternating reservoirs.  So it's the faster

17   or two month release with Paclitaxel and the six

18   month in vivo release of Kinecrolemis and the

19   six month release of Paclitaxel.

20       We are well into our pre-clinical work.

21   This is an example of outstanding efficacy from

22   the dual drug combination.  This occurred

23   without the expense of increased inflammation.

24   So we - the Kinecrolemis actually again

25   inhibited inflammation.

1       And we're very excited about bringing this

2   product potentially into the clinic and what we

3   showed here with the dual drug Paclitaxel

4   Kinecrolemis stent is that - was the lowest

5   intimal thickness we've seen in any of our

6   animal studies so far.

7       So looking into 2005 - back into 2005 and

8   forward into 2006, let's just review what we've

9   done in 2005 and what the important business and

10  commercial milestones are in the next several

11  months.

12      We did sign the Novartis agreement for three

13  compounds.  We pretty much settled in on the

14  Kinecrolemis.  The other two compounds we

15  probably will not bring forward.

16      We presented the positive European pivotal

17  data.  We got a CE mark on our bare cobalt-

18  chromium stent.  We're not commercializing that

19  product because it's a commodity, but it's an

20  important component of the CE mark on the drug

21  stent.

22      We achieved ISO certification on our Irish

23  manufacturing facility so we're geared up there

24  for commercialization.

25      We commercially launched the cobalt-chromium

1   drug eluting CoStar stent in a few non-regulated

2   countries -- India, Venezuela, Malaysia, and a

3   few other such countries.

4       And last quarter we generated a million

5   dollars in revenue from these very limited

6   market opportunities.

7       We're well under way with our CoStar II

8   pivotal U.S. trial and I've shown a few moments

9   ago our pre-clinical data with the Novartis

10  compounds and the dual drug is looking very

11  interesting.

12      What are we planning to do over the next

13  several months?  As mentioned, we're hopeful

14  that a CE mark is forthcoming either later this

15  year or early next year, and that will be

16  commercialized in the European community in

17  partnership with Biotronic.

18      Biotronic has about 70 to 80 direct sales

19  reps and some sub-dealers in some countries.

20  Biotronic is the largest independent European

21  medical device company.  They have both rigid

22  rhythm management division and an interventional

23  division.

24      In the interventional division, they have

25  bare stents, wires, balloons, guide catheters,

1    peripheral stents and they're also a leader in

2    the bio-erode-able stent area with the magnesium

3    bio-erode-able stent that you may have heard

4    about.

5         We hope to complete the enrollment of CoStar

6    II pivotal trial around the end of the first

7    quarter, around April 1st, which should allow us

8    to file the last module to the PMA around the

9    beginning of 2007 and approval toward the end of

10   2007.

11        And we fully expect, barring some unforeseen

12   incidents with the currently cooking pre-

13   clinical data to begin an OUS clinical trial

14   with the Novartis compound.

15        Our strategy right now is to have a three-

16   arm trial with a control, Kinecrolemis and the

17   combination of Kinecrolemis plus Paclitaxel to

18   kick off the next generation of our products and

19   hopefully demonstrate not only efficacy, have

20   two shots on goal with two new products, but

21   also demonstrate the possibilities for dual

22   drug-eluting stents which could lead to yet

23   further opportunities both in business

24   development and in product development.

25        Thank you very much.  I think that's all I

CONOR MEDSYSTEMS, INC                    19

1    have to say and we have a breakout in the Louis

2    XVI.  Louis – okay, Louis XVI upstairs.

3        Okay.  Thank you very much.

4        [END TRANSCRIPT]

# C E R T I F I C A T E

The prior proceedings were transcribed from audio files and have been transcribed to the best of my ability.


Signature:    Marianne Fike

Date:          November 15, 2005