**EXHIBIT 5**



See page 8 for Analyst Certification and Important Disclosures

Estimate Change ☑

# Conor Medsystems (CONR)

## CONR: Q3:05 - Showing the Half Monty

BUY (1)
Speculative (S)

Mkt Cap: **$717 mil.**

**November 4, 2005**

**MEDICAL SUPPLIES & TECHNOLOGY**

**Matthew Dodds**
+1-212-816-6928
matthew.dodds@citigroup.com

**Efrem Kamen**
+1-212-816-3820

### SUMMARY

- Q3 results were uneventful as CONR is still waiting for CE Mark, which is now expected either by year-end or early next year.
- COSTAR II is still enrolling at a healthy clip with the single vessel arm well past the angioplasty portion and the multi-vessel arm now picking-up speed.
- Based on the encouraging results from the pimecrolimus and combination pimecrolimus/paclitaxel porcine studies, the company expects to have a three arm European pivotal study underway in 2006.
- On the legal front, closing arguments in the UK patent validity case will take place in mid-December with a decision slated for Q1. We still think CONR has the upper-hand in this case.
- Q3 sales of $1MM were in line. Operating costs were slightly higher than expected due to clinical trials and launch preparation. Our new 2005 loss per share (LPS) estimate is $1.31, and our 2006 LPS estimate is now $0.52.

### FUNDAMENTALS

| | |
|---|---|
| P/E (12/05E) | NA |
| P/E (12/06E) | NA |
| TEV/EBITDA (12/05E) | NA |
| TEV/EBITDA (12/06E) | NA |
| Book Value/Share (12/05E) | $2.28 |
| Price/Book Value | 9.7x |
| Revenue (12/05E) | $3.1 mil. |
| Proj. Long-Term EPS Growth | NA |
| ROE (12/05E) | (45.4%) |
| Long-Term Debt to Capital(a) | 0.0% |

(a) Data as of most recent quarter

### SHARE DATA

| | |
|---|---|
| Price (11/3/05) | $22.02 |
| 52-Week Range | $23.81-$12.90 |
| Shares Outstanding(a) | 32.6 mil. |
| Div(E) (Cur/Prev) | $0.00/$0.00 |

### RECOMMENDATION

| | |
|---|---|
| Rating (Cur/Prev) | 1S/1S |
| Target Price (Cur/Prev) | $32.00/$32.00 |
| Expected Share Price Return | 45.3% |
| Expected Dividend Yield | 0.0% |
| Expected Total Return | 45.3% |

### EARNINGS PER SHARE

| FY ends | | 1Q | 2Q | 3Q | 4Q | Full Year |
|---|---|---|---|---|---|---|
| 12/04A | Actual | ($0.20)A | ($0.25)A | ($0.28)A | ($0.28)A | ($1.00)A |
| 12/05E | Current | ($0.27)A | ($0.28)A | ($0.34)A | ($0.43)E | ($1.31)E |
| | Previous | ($0.27)A | ($0.28)A | ($0.23)E | ($0.17)E | ($0.94)E |
| 12/06E | Current | NA | NA | NA | NA | ($0.52)E |
| | Previous | NA | NA | NA | NA | ($0.30)E |
| 12/07E | Current | NA | NA | NA | NA | $0.44E |
| | Previous | NA | NA | NA | NA | $0.45E |

First Call Consensus EPS: 12/05E ($1.51); 12/06E ($0.99); 12/07E ($0.02)

### OPINION

**Playing the waiting game for CE mark...**

On Wednesday, Conor Medsystems reported a rather uneventful Q3:05, as CoStar sales were limited to a select number of non-CE Mark requiring counties. In terms of the CE mark, Conor is still waiting for approval as the company responded to a set of standard questions

Citigroup Research is a division of Citigroup Global Markets Inc. (the "Firm"), which does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the Firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Non-US research analysts who have prepared this report, and who may be associated persons of the member or member organization, are not registered/qualified as research analysts with the NYSE and/or NASD, but instead have satisfied the registration/qualification requirements or other research-related standards of a non-US jurisdiction.
Customers of the Firm in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at http://www.smithbarney.com (for retail clients) or http://www.citigroupgeo.com (for institutional clients) or can call (866) 836-9542 to request a copy of this research.

Citigroup Global Markets


**Small/Mid-Cap Research**

from its Notified Body and expects a response over the next few weeks. Depending on the response, CE Mark could either come later this quarter, or if there is another round of questions, at the start of the New Year. Regardless of whether CE Mark arrives in Q4:05 or in early Q1:06, both Conor and its key distribution partner, Biotronik, appear ready to go. Conor already has a full launch inventory in place and Biotronik is well positioned with some new additions to the sales force and a strong set of new product flow. This includes a solid guide wire offering and a cobalt chrome stent called the Pro-Kinetic.

Upon CE Mark approval, Conor should do well in Europe, as physicians are increasingly excited about CoStar's strong efficacy and theoretical safety advantages. Based on this encouraging feedback, our 5% European market share estimates for Conor in 2006 could prove conservative, especially if Biotronik is able to meaningfully penetrate new European accounts. Biotronik is already working on a small trial in France, so reimbursement Europe's largest market should come relatively quickly after CE Mark vs. prior drug-eluting stents. France requires additional trial work before granting reimbursement.

### ...And COSTAR II enrollment is improving

Conor is also making progress on the US front as well with its pivotal trial – COSTAR II. While the enrollment in the multi-vessel arm had been slowing overall enrollment, recent protocol changes to the multi-vessel arm have increased the patient flow.

**Expected US Timing Of CoStar DES Stent Approval**

| Event | Time Requirement | Completion Date |
|---|---|---|
| FDA Approval/Trial Start | 3 months | May-05 |
| Enrollment Completion | 9 months | Mar-06 |
| Follow Up | 9 months | Dec-06 |
| FDA Submission | 1 month | Jan-06 |
| FDA Panel | 5 months | Jun-07 |
| FDA Approval/Launch | 4 months | Oct-07 |

*Source: Citigroup Investment Research.*

As a reminder, COSTAR II has two arms, one comparing CoStar to TAXUS in patients with single vessel disease and one comparing CoStar to TAXUS in patients with multiple diseased vessels. Because this is the first DES trial to include patients with multiple diseased vessels, Conor didn't have much of a basis from which to design the exclusion criteria. Thus, the protocol was initially too restrictive, as many of the patients presenting with multi-vessel disease were excluded for reasons such as down stream lesions. Enrollment in this arm has increased over the last month since the changes were made and should enable Conor to complete enrollment by the end of Q1:06. The single-vessel arm is already well past the angiographic follow up portion, so we expect enrollment to increasingly pick-up traction in this arm as well. Most importantly, the company is rapidly adding enrollment sites to the study, and should have all 85 sites up and running by the end of the year. A month ago the company only had about 35 sites enrolling, and the site ramp-up should have a dramatic difference.

### Financials...not yet the focus of the quarterly call

Conor topped the $1MM sales mark for the first time, as CoStar was rolled out in a small number of Latin American and Asian countries that don't require CE Mark. Sales in India actually comprised only a small portion of the sales, as recent speculation surrounding changes to medical device approvals in India have slowed market acceptance of non CE Mark approved products. While this dragged on Indian sales in the recent quarter, once



Conor garners CE Mark this should be an advantage, as it will give Conor an edge versus the dozen or so local DES brands.

Less stock option expenses, R&D and SGA were $6.2MM and $4.6MM respectively. Q4 sales will obviously depend on the timing of CE Mark, and we expect operating expenses to look similar to Q3 numbers. Conor's share count for the quarter was 33.2MM, resulting in a loss of $0.34 (less stock options) and a loss of $0.44 on a GAAP basis. The company burned through $10.7MM in cash in the quarter and has $97.1MM in cash on hand.

**Pipeline Update**

Following the encouraging animal data presented on both the pimecrolimus and paclitaxel/pimecrolimus dual-drug stent at the TCT conference last month, Conor is slated to move into a three arm European pivotal trial in 2006. Once the company completes the three-month porcine work (the data at the TCT was one month), we would expect to hear more specifics on the exact timing and specifications of the potential trial. Assuming one or both of the two new products shows similar efficacy and safety in animals as in pigs, we could expect to see one or both of the products on the European market by late 2007 or early 2008. Conor is continuing to explore various additional drugs (both single and multiple) to treat restenosis, thrombosis, and for myocardial infarctions.

**Legal Update**

There is not much new news on the legal front, as closing arguments from the early October UK case will not be heard until December 12th and 13th. We expect the judge to rule at some point in the first quarter, and our legal consultants suggest that Conor had a strong showing in the early part of the trial. Recall that in this case, Conor is suing to invalidate ANPI's Hunter patent. Conor is also suing to invalidate the Hunter patent in Australia, and the timing of this case remains unchanged. The trial is slated to begin next June.

The first hearing in The Netherlands case, in which Angiotech is suing Conor, will take place in April. There is no trial date set yet, but we expect that the trial could get underway in the back half of 2006.

**VALUATION**

There are no publicly traded DES pure-plays or companies with comparable five-year growth profiles to Conor, as all of the other public companies with emerging stent programs are large, diversified companies. Thus, we use an average of two methods to value Conor: a multiple off of 2008 EPS and Price/Sales ratios from comparable acquisitions.

For EPS, we use our standard start-up, high-growth med tech formula – taking the first year of substantial earnings and discounting back to current year. 2008 is the breakout year, as it represents the first full year Conor should have the CoStar in the US. We are forecasting sales of $433.7MM and EPS of $2.27. Our 2008 Sales and EPS estimates are down from $449MM and $2.36 due to minor changes in our drug-eluting stent market model.

Using a P/E of 27x off 2008E, we arrive at a 2008E valuation of $2B. The 27x P/E is based on a 10%-15% discount to the current forward 12-month P/Es of four small-cap med tech companies that are in early years of profitability and that have similar margins. This is up from 25x in our last published note, as the comp multiples have increased. We apply the 10-15% discount to the multiple to account for the possibility of royalty payments. Discounting this back two years by a relatively conservative rate of 30% to account for the IP risk, we arrive at a mid-year 2006 valuation of $1,215MM.


**Small/Mid-Cap Research**

**Comparable Med Tech Companies**

|  | Ticker | 11/03/05 Price | Shares (MM) | Mkt Cap ($MM) | Consensus 2006E EPS | F12 Month P/E | Est. LT Growth |
|---|---|---|---|---|---|---|---|
| Kyphon | KYPH | 42 | 41 | $1,715 | $1.15 | 36 | 30% |
| Advanced Neuromodulation | ANSI | 61 | 20 | 1,232 | $1.28 | 48 | 30% |
| Orthofix | OFIX | 39 | 16 | 610 | $2.73 | 14 | 11% |
| Inamed | IMDC | 75 | 36 | 2,701 | $2.71 | 28 | 21% |
| **Average** |  |  |  | **$1,564** |  | **32** | **23%** |

*Source: First Call Consensus Estimates*

Since we believe it is reasonable to assume that JNJ, GDT, MDT, ABT, STJ, and BSX could all benefit from Conor's technology platform, we think it is important to look at acquisitions in high-profile medical technology sectors. There haven't been any acquisitions in drug-eluting stents, the most comparable product is artificial discs, a novel product in the roughly $3B spinal products market. The artificial disc market just kicked off in the US with JNJ's November approval of the Charité disc and is expected to reach $800MM by 2008. Furthermore, margins and operating costs should have a similar structure to Conor's business. Over the past two years, Johnson & Johnson, Medtronic, Synthes, and Stryker have each acquired private spinal disc companies.

**Acquisitions In the Artificial Disc Market ($MM)**

| Company | Product | Acquirer | Date | Estimated US Launch | Acquisition Price | Comments: |
|---|---|---|---|---|---|---|
| Link Spine | Charite Disc | Johnson & Johnson | May-03 | Oct-04 | $325 | Includes $325MM in future milestones. |
| Spinal Dynamics | Bryan Disc | Medtronic | Jun-02 | Sep-07 | 270 | Additional milestones not mentioned. |
| Spine Solutions | ProDisc | Synthes Stratec | Feb-03 | Jun-06 | 175/350 | Deal includes $175MM in milestone payments. |
| SpineCor | Flexicor, CerviCor | Stryker | Aug-04 | Mar-08 | 120/360 | Deal includes $240MM in milestone payments. |

*Source: Citigroup Investment Research and company disclosures*
Market estimated at $600-1,000MM in 2008.                                                                 326

**2008E Artificial Disc Market Dynamics ($MM)**

|  | % Share | Aggregate Acq. Price | 2008 Sales | Price/Sales |
|---|---|---|---|---|
| Acquired companies | 80% | $1,305 | $640 | 2.1x |
| Other | 20% |  | 160 |  |
| **Total** |  |  | **$800** |  |

*Source: Citigroup Investment Research and company reports*

These companies were acquired an average of three years prior to launch – about the same time Conor has to go before launching the CoStar in the US. The average acquisition price including earn outs is $325MM and does not include a second $325MM payment by JNJ based on sales milestones. Combined, these four companies are expected to garner 80% of our $800MM estimate for the artificial disc market in 2008, or $640MM. With an aggregate purchase price of $1.3B to garner 2008 sales of $640MM, we arrive at an average acquisition price of 2.1x sales.

Using our $434MM in 2008 sales for Conor, our takeout comparison would yield a valuation of $911M. The average of the two methods gives us a year-end value of $1,063MM, or 12-month price target $32 per share of Conor.



**Small/Mid-Cap Research**

**Conor Valuation ($MM)**

| P/E | | Price/Sales | |
|---|---|---|---|
| 2008E EPS | $2.27 | 2008E Sales | 434 |
| Target 2008 P/E | 27x | Comp Price/Sales | 2.1x |
| Shares Outstanding | 34 | **Implied 2005 Value** | **$911** |
| 2008 Valuation | 2,053 | | |
| Discount Rate (2 years) | 30% | | |
| **Implied 2005 Value** | **$1,215** | | |

| Per Share Valuation | |
|---|---|
| P/E | 1,215 |
| Price/Sales | 911 |
| **Average** | **1,063** |
| Shares Outstanding | 33.5 |
| **Value Per CONR Share** | **$31.73** |

*Source: Citigroup Investment Research*

Although we normally use a discounted cash flow model for valuing the companies in our coverage universe, we didn't feel it was appropriate for Conor at this stage. We are expecting the company to become free cash flow positive towards the end of 2008, which is the last year that our model projects. The company will still be ramping-up its business efforts through 2008, as we expect it to be the first full year of US CoStar sales.

## RISKS

Our risk rating for Conor is Speculative. Conor's only product for the foreseeable future is the CoStar paclitaxel-eluting stent, and clinical trials with follow-on products have not yet begun. The company's financial performance for at least the next four years will be completely dependant on the success of the CoStar and any failure to reach the US or European markets could delay profitability a minimum of 2-3 years. Potential issues related to the CoStar drug-eluting stent include:

1) Issues relating to Boston Scientific/Angiotech's patents covering paclitaxel, including a court-enforced US market injunction or royalty payments on US Stent sales, greatly damaging the sales and or profitability of the company. It is also possible that Conor negotiates a royalty agreement with the companies to avoid more serious legal actions, which would also hurt profitability. We project that US sales will be more than 75% of Conor's WW sales by 2008, and the US market also has the highest gross margins. A 10% royalty on US sales could impact 2008E EPS of $2.27 by $0.45.

2) Conor could infringe patents not related to the use of paclitaxel, as there are thousands of stent patents issued. This could potentially lead to an injunction. Also, any failure on Conor's behalf to protect its own intellectual property could damage the success of the CoStar or future products.

3) Thus far, the clinical results of the CoStar stent have been very competitive and we expect continued future clinical success with the stent. However, any negative clinical trial results from EUROSTAR, COSTAR II, or any subsequent clinical trials could lead to failure in gaining market approval in a given country and to lower-than-expected physician use and market share.

4) While we expect COSTAR II to enroll by the end of Q1:06, given the limited patients restrictions and the curiosity surrounding the stent, any extended delay in



enrolling the US pivotal trial, COSTAR II, or in IDE approval, would significantly push back the company's revenue ramp-up and would give competitive advantage for other drug-eluting stents.

5) Price competition in the drug-eluting stent market could negatively impact Conor's gross margins and profitability.

Other risks related to Conor include failure to commercialize follow-on agents for their DES platform, including four in-licensed compounds. Conor is also working on a number of projects in pre-clinical stages, including a stent specifically for treating acute myocardial infarctions. Failure to advance pre-clinical programs towards commercialization would also hinder long-term growth.

Investment risks relating to the medical supplies and technology ("med tech") industry include: 1) modest pricing pressure across most major product lines; 2) a reduction in sales and EPS benefit from FX if favorable Y/Y comparisons of the US dollar vs. the Euro and Yen subside in Q4; and 3) a strengthening US economy could lead to negative sector rotation, as the med tech industry is non-cyclical in nature.

The risks delineated above could impede the stock from attaining our target price. The above factors highlight some of the risks associated with investing in Conor's shares (for a more detailed list, please see the company's recent 10K filing).

## INVESTMENT THESIS

Conor Medsystems, rated Buy, Speculative Risk (1S), represents a unique pure-play opportunity in the estimated $6.8B (2008) market for drug-eluting stents, and we recommend buying the shares. Conor has a novel drug-eluting stent set to launch in Europe in the next 12 months and in the US in the next 2-3 years. Because of this, Conor is in a unique situation as one of the only stand-alone drug eluting stent companies and could have signficant value to a number of large medical device companies looking for a better technology platform.

## COMPANY DESCRIPTION

Founded in 1999, Conor Medsystems is an emerging medical device company focused on vascular drug delivery technologies. Its first product, the CoStar drug-eluting stent, is a cobalt-chromium stent with hundreds of laser drilled reservoirs containing the anti-restenosis agent paclitaxel and a polymer. With the CoStar platform, Conor also has the ability to load multiple drugs in the stent - including other fat-soluble drugs, water-soluble drugs, and proteins - bidirectionally and with variable release kinetics. Data from the EUROSTAR EU pivotal trial was solid and approval in the EU ($890MM DES market in 2005E) and Intercontinental markets ($520MM DES market in 2005E) is expected in H2:05. Conor plans to begin its US pivotal trial in the next two months, and we expect US approval ($3.5B DES market in 2007E) in late 2007. Although Conor's use of paclitaxel in the US is very likely to be challenged, Conor has a strong IP argument, and we think it is unlikely they will be prevented from reaching the market.



Small/Mid-Cap Research

Table 1A. Estimated Quarterly Revenue ($MM)

| | Year Ending December 2004 | | | | | Year Ending December 2005 | | | | | Year Ending December 2006 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Year | Q1 | Q2 | Q3E | Q4E | Year | Q1E | Q2E | Q3E | Q4E | Year |
| US DES Market | $530 | $679 | $771 | $810 | $2,790 | $811 | $787 | $750 | $817 | $3,165 | $863 | $846 | $801 | $859 | $3,369 |
| Total "New Entrant" Market Share | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Conor Market Share | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Conor DES Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | |
| EU DES Market | $134 | $148 | $162 | $209 | $653 | $235 | $248 | $265 | $271 | $1,019 | $301 | $312 | $268 | $293 | $1,173 |
| Conor Market Share | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 1% | 0% | 3% | 5% | 5% | 6% | 5% |
| Conor Manf. Margin | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
| Conor DES Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 5 | 9 | 8 | 10 | 32 |
| | | | | | | | | | | | | | | | |
| ROW DES Market | $85 | $99 | $106 | $133 | $423 | $141 | $158 | $168 | $173 | $639 | $175 | $189 | $184 | $190 | $739 |
| Conor Market Share | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 1% | 1% | 0% | 3% | 5% | 6% | 8% | 6% |
| Conor Manf. Margin | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% | 60% |
| Conor DES Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 3 | 6 | 7 | 9 | 25 |
| | | | | | | | | | | | | | | | |
| Japan DES Market | $0 | $2 | $40 | $100 | $142 | $116 | $129 | $115 | $140 | $500 | $135 | $159 | $174 | $196 | $663 |
| Total "New Entrant" Market Share | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Conor Market Share | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Conor Manf. Margin | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% | 40% |
| Conor DES Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | |
| Total DES Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 | 9 | 15 | 15 | 19 | 57 |
| | | | | | | | | | | | | | | | |
| Acute AMI Stents | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Sales | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1 | $2 | $3 | $9 | $15 | $15 | $19 | $57 |
| | | | | | | | | | | | | | | | |
| Growth Analysis | | | | | | | | | | | | | | | |
| US DES Market | NA | 295% | 80% | 72% | 161% | 53% | 16% | -3% | 1% | 13% | 6% | 7% | 7% | 5% | 6% |
| Conor DES Sales | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | | | | | | | | | | | | | | | |
| EU DES Market | 436% | 169% | 145% | 109% | 165% | 75% | 68% | 64% | 30% | 56% | 28% | 26% | 1% | 8% | 15% |
| Conor DES Sales | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 692% | 2561% |
| | | | | | | | | | | | | | | | |
| ROW DES Market | 608% | 168% | 83% | 77% | 132% | 66% | 59% | 59% | 30% | 51% | 24% | 20% | 10% | 10% | 16% |
| Conor DES Sales | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 534% | 1666% | 1203% |
| | | | | | | | | | | | | | | | |
| Japan DES Market | NA | NA | NA | NA | NA | NA | 6350% | 188% | 40% | 252% | NA | 23% | 51% | 40% | 33% |
| Conor DES Sales | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| | | | | | | | | | | | | | | | |
| Total DES Sales | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 982% | 1737% |
| | | | | | | | | | | | | | | | |
| Acute AMI Stents | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Other | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |
| Total Sales | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | 982% | 1737% |

Sources: Company reports and Citigroup Investment Research.



## Small/Mid-Cap Research

### ANALYST CERTIFICATION     APPENDIX A-1

I, Matthew J. Dodds, research analyst and the author of this report, hereby certify that all of the views expressed in this research report accurately reflect my personal views about any and all of the subject issuer(s) or securities. I also certify that no part of my compensation was, is, or will be directly or indirectly related to the specific recommendation(s) or view(s) in this report.

## IMPORTANT DISCLOSURES

### Conor Medsystems (CONR)
Ratings and Target Price History - Fundamental Research
Analyst: Matthew Dodds (covered since January 25 2005)



| # | Date | Rating | Target Price | Closing Price |
|---|---|---|---|---|
| 1: | 24 Jan 05 | 1S | 26.00 | 14.98 |
| 2: | 3 Aug 05 | 1S | *27.00 | 16.17 |
| 3: | 27 Sep 05 | 1S | *32.00 | 23.00 |

*Indicates change.

Chart current as of 29 October 2005

——— Covered
------- Not covered

Customers of the Firm in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at http://www.smithbarney.com (for retail clients) or http://www.citigroupgeo.com (for institutional clients) or can call (866) 836-9542 to request a copy of this research.

Citigroup Global Markets Inc. or its affiliates holds a long position in any class of common equity securities of Conor Medsystems.

Within the past 12 months, Citigroup Global Markets Inc. or its affiliates has acted as manager or co-manager of a public offering of securities of Conor Medsystems.

Citigroup Global Markets Inc. or its affiliates has received compensation for investment banking services provided within the past 12 months from Conor Medsystems.

Citigroup Global Markets Inc. currently has, or had within the past 12 months, the following company(ies) as investment banking client(s): Conor Medsystems.

Analysts' compensation is determined based upon activities and services intended to benefit the investor clients of Citigroup Global Markets Inc. and its affiliates ("the Firm"). Like all Firm employees, analysts receive compensation that is impacted by overall firm profitability, which includes revenues from, among other business units, the Private Client Division, Institutional Equities, and Investment Banking.

The Firm is a market maker in the publicly traded equity securities of Conor Medsystems.

### Citigroup Investment Research Ratings Distribution

| Data current as of 30 September 2005 | Buy | Hold | Sell |
|---|---|---|---|
| Citigroup Investment Research Global Fundamental Coverage (2650) | 41% | 42% | 18% |
| % of companies in each rating category that are investment banking clients | 48% | 47% | 32% |
| Medical Supplies & Technology -- North America (17) | 41% | 47% | 12% |
| % of companies in each rating category that are investment banking clients | 57% | 38% | 50% |

**Guide to Fundamental Research Investment Ratings:**
Citigroup Investment Research's stock recommendations include a risk rating and an investment rating.
**Risk ratings**, which take into account both price volatility and fundamental criteria, are: Low (L), Medium (M), High (H), and Speculative (S).
**Investment ratings** are a function of Citigroup Investment Research's expectation of total return (forecast price appreciation and dividend yield within the next 12 months) and risk rating.
For securities in developed markets (US, UK, Europe, Japan, and Australia/New Zealand), investment ratings are: Buy (1) (expected total return of 10% or more for Low-Risk stocks, 15% or more for Medium-Risk stocks, 20% or more for High-Risk stocks, and 35% or more for Speculative stocks); Hold (2) (0%-10% for Low-Risk stocks, 0%-15% for Medium-Risk stocks, 0%-20% for High-Risk stocks, and 0%-35% for Speculative stocks); and Sell (3) (negative total return).
Investment ratings are determined by the ranges described above at the time of initiation of coverage, a change in risk rating, or a change in target price (subject to limited management discretion). At other times, the expected total returns may fall outside of these ranges because of market price movements and/or other short-term volatility or trading patterns. Such interim deviations from specified

# citigroup

**Small/Mid-Cap Research**

ranges will be permitted but will become subject to review by Research Management. Your decision to buy or sell a security should be based upon your personal investment objectives and should be made only after evaluating the stock's expected performance and risk.

Between September 9, 2002, and September 12, 2003, Citigroup Investment Research's stock ratings were based upon expected performance over the following 12 to 18 months relative to the analyst's industry coverage universe at such time. An Outperform (1) rating indicated that we expected the stock to outperform the analyst's industry coverage universe over the coming 12-18 months. An In-line (2) rating indicated that we expected the stock to perform approximately in line with the analyst's coverage universe. An Underperform (3) rating indicated that we expected the stock to underperform the analyst's coverage universe. In emerging markets, the same ratings classifications were used, but the stocks were rated based upon expected performance relative to the primary market index in the region or country. Our complementary Risk rating system -- Low (L), Medium (M), High (H), and Speculative (S) -- took into account predictability of financial results and stock price volatility. Risk ratings for Asia Pacific were determined by a quantitative screen which classified stocks into the same four risk categories. In the major markets, our Industry rating system -- Overweight, Marketweight, and Underweight -- took into account each analyst's evaluation of their industry coverage as compared to the primary market index in their region over the following 12 to 18 months.

## OTHER DISCLOSURES

Within the past 5 years, Citigroup Global Markets Inc. or its affiliates has acted as manager or co manager of a public offering of equity securities of Conor Medsystems.

For securities recommended in the Product in which the Firm is not a market maker, the Firm is a liquidity provider in the issuers' financial instruments and may act as principal in connection with such transactions. The Firm is a regular issuer of traded financial instruments linked to securities that may have been recommended in the Product. The Firm regularly trades in the securities of the subject company(ies) discussed in the Product. The Firm may engage in securities transactions in a manner inconsistent with the Product and, with respect to securities covered by the Product, will buy or sell from customers on a principal basis.

Securities recommended, offered, or sold by the Firm: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources that the Firm believes to be reliable, we do not guarantee its accuracy and it may be incomplete and condensed. Note, however, that the Firm has taken all reasonable steps to determine the accuracy and completeness of the disclosures made in the Important Disclosures section of the Product. In producing Products, members of the Firm's research department may have received assistance from the subject company(ies) referred to in the Product. Any such assistance may have included access to sites owned, leased or otherwise operated or controlled by the issuers and meetings with management, employees or other parties associated with the subject company(ies). Firm policy prohibits research analysts from sending draft research to subject companies. However, it should be presumed that the author of the Product has had discussions with the subject company to ensure factual accuracy prior to publication. All opinions, projections and estimates constitute the judgment of the author as of the date of the Product and are subject to change without notice. Prices and availability of financial instruments also are subject to change without notice. Although Citigroup Investment Research does not set a predetermined frequency for publication, if the Product is a fundamental research report, it is the intention of Citigroup Investment Research to provide research coverage of the/those issuer(s) mentioned therein, including in response to news affecting this issuer, subject to applicable quiet periods and capacity constraints. The Product is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Any decision to purchase securities mentioned in the Product must take into account existing public information on such security or any registered prospectus.

Investing in non-U.S. securities, including ADRs, may entail certain risks. The securities of non-U.S. issuers may not be registered with, nor be subject to the reporting requirements of the U.S. Securities and Exchange Commission. There may be limited information available on foreign securities. Foreign companies are generally not subject to uniform audit and reporting standards, practices and requirements comparable to those in the U.S. Securities of some foreign companies may be less liquid and their prices more volatile than securities of comparable U.S. companies. In addition, exchange rate movements may have an adverse effect on the value of an investment in a foreign stock and its corresponding dividend payment for U.S. investors. Net dividends to ADR investors are estimated, using withholding tax rates conventions, deemed accurate, but investors are urged to consult their tax advisor for exact dividend computations. Investors who have received the Product from the Firm may be prohibited in certain states or other jurisdictions from purchasing securities mentioned in the Product from the Firm. Please ask your Financial Consultant for additional details. Citigroup Global Markets Inc. takes responsibility for the Product in the United States. Any orders by non-US investors resulting from the information contained in the Product may be placed only through Citigroup Global Markets Inc.

The Product is made available in Australia to wholesale clients through Citigroup Global Markets Australia Pty Ltd. (ABN 64 003 114 832 and AFSL No. 240992) and to retail clients through Citigroup Wealth Advisors Pty Ltd. (ABN 19 009 145 555 and AFSL No. 240813), Participants of the ASX Group and regulated by the Australian Securities & Investments Commission. If the Product is being made available in certain provinces of Canada by Citigroup Global Markets (Canada) Inc. ("CGM Canada"), CGM Canada has approved the Product. The Product may not be distributed to private clients in Germany. The Product is distributed in Germany by Citigroup Global Markets Deutschland AG & Co. KGaA, which is regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin). If the Product is made available in Hong Kong by, or on behalf of, Citigroup Global Markets Asia Ltd., it is attributable to Citigroup Global Markets Asia Ltd., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. Citigroup Global Markets Asia Ltd. is regulated by Hong Kong Securities and Futures Commission. If the Product is made available in Hong Kong by The Citigroup Private Bank to its clients, it is attributable to Citibank N.A., Citibank Tower, Citibank Plaza, 3 Garden Road, Hong Kong. The Citigroup Private Bank and Citibank N.A. is regulated by the Hong Kong Monetary Authority. The Product is made available in India by Citigroup Global Markets India Private Limited, which is regulated by Securities and Exchange Board of India. If the Product was prepared by Citigroup Investment Research and distributed in Japan by Nikko Citigroup Ltd., it is being so distributed under license. Nikko Citigroup Limited is regulated by Financial Services Agency, Securities and Exchange Surveillance Commission, Japan Securities Dealers Association, Tokyo Stock Exchange and Osaka Securities Exchange. The Product is made available in Korea by Citigroup Global Markets Korea Securities Ltd., which is regulated by Financial Supervisory Commission and the Financial Supervisory Service. The Product is made available in Malaysia by Citigroup Global Markets Malaysia Sdn Bhd, which is regulated by Malaysia Securities Commission. The Product is made available in Mexico by Acciones y Valores Banamex, S.A. De C. V., Casa de Bolsa, which is regulated by Comision Nacional Bancaria y de Valores.



**Small/Mid-Cap Research**

In New Zealand the Product is made available through Citigroup Global Markets New Zealand Ltd., a Participant of the New Zealand Exchange Limited and regulated by the New Zealand Securities Commission. The Product is made available in Poland by Dom Maklerski Banku Handlowego SA an indirect subsidiary of Citigroup Inc., which is regulated by Komisja Papierów Wartosciowych i Gield. The Product is made available in the Russian Federation through ZAO Citibank, which is licensed to carry out banking activities in the Russian Federation in accordance with the general banking license issued by the Central Bank of the Russian Federation and brokerage activities in accordance with the license issued by the Federal Service for Financial Markets. Neither the Product nor any information contained in the Product shall be considered as advertising the securities mentioned in this report within the territory of the Russian Federation or outside the Russian Federation. The Product does not constitute an appraisal within the meaning of the Federal Law of the Russian Federation of 29 July 1998 No. 135-FZ (as amended) On Appraisal Activities in the Russian Federation. The Product is made available in Singapore through Citigroup Global Markets Singapore Pte. Ltd., a Capital Markets Services Licence holder, and regulated by Monetary Authority of Singapore. Citigroup Global Markets (Pty) Ltd. is incorporated in the Republic of South Africa (company registration number 2000/025866/07) and its registered office is at 145 West Street, Johannesburg 2196. Citigroup Global Markets (Pty) Ltd. is regulated by JSE Securities Exchange South Africa, South African Reserve Bank and the Financial Services Board. The investments and services contained herein are not available to private customers in South Africa. The Product is made available in Taiwan through Citigroup Securities Investment Consulting Inc. which is regulated by Securities & Future Bureau. The Product is made available in United Kingdom by Citigroup Global Markets Limited, which is regulated by Financial Services Authority. This material may relate to investments or services of a person outside of the UK or to other matters which are not regulated by the FSA and further details as to where this may be the case are available upon request in respect of this material. The Product is made available in United States by Citigroup Global Markets Inc, which is regulated by NASD, NYSE and the US Securities and Exchange Commission. Unless specified to the contrary, within EU Member States, the Product is made available by Citigroup Global Markets Limited, which is regulated by Financial Services Authority. Many European regulators require that a firm must establish, implement and make available a policy for managing conflicts of interest arising as a result of publication or distribution of investment research. The policy applicable to Citigroup Investment Research's Products can be found at www.citigroupgeo.com. Compensation of equity research analysts is determined by equity research management and Citigroup's senior management and is not linked to specific transactions or recommendations. The Product may have been distributed simultaneously, in multiple formats, to the Firm's worldwide institutional and retail customers. The Product is not to be construed as providing investment services in any jurisdiction where the provision of such services would be illegal. Subject to the nature and contents of the Product, the investments described therein are subject to fluctuations in price and/or value and investors may get back less than originally invested. Certain high-volatility investments can be subject to sudden and large falls in value that could equal or exceed the amount invested. Certain investments contained in the Product may have tax implications for private customers whereby levels and basis of taxation may be subject to change. If in doubt, investors should seek advice from a tax adviser. Advice in the Product has been prepared without taking account of the objectives, financial situation or needs of any particular investor. Accordingly, investors should, before acting on the advice, consider the appropriateness of the advice, having regard to their objectives, financial situation and needs.

© 2005 Citigroup Global Markets Inc. Citigroup Investment Research is a division and service mark of Citigroup Global Markets Inc. and its affiliates and is used and registered throughout the world. Citigroup and the Umbrella Device are trademarks and service marks of Citicorp or its affiliates and are used and registered throughout the world. Nikko is a registered trademark of Nikko Cordial Corporation. All rights reserved. Any unauthorized use, duplication, redistribution or disclosure is prohibited by law and will result in prosecution. The Firm accepts no liability whatsoever for the actions of third parties. The Product may provide the addresses of, or contain hyperlinks to, websites. Except to the extent to which the Product refers to the Firm's own website material, the Firm has not reviewed the linked site. Equally, except to the extent to which the Product refers to the Firm's own website material, the Firm takes no responsibility for, and makes no representations or warranties whatsoever as to, the data and information contained therein. Such address or hyperlink (including addresses or hyperlinks to the Firm's own website material) is provided solely for your convenience and information and the content of the linked site does not in anyway form part of this document. Accessing such website or following such link through the Product or the Firm's website shall be at your own risk and the Firm shall have no liability arising out of, or in connection with, any such referenced website.

ADDITIONAL INFORMATION IS AVAILABLE UPON REQUEST