# EXHIBIT 8

```
 1                    - VOLUME B -
 2            IN THE UNITED STATES DISTRICT COURT
 3            IN AND FOR THE DISTRICT OF DELAWARE
 4                          - - -
 5    BOSTON SCIENTIFIC CORPORATION,    :   CIVIL ACTION
                                        :
 6            Plaintiff                 :
                                        :
 7            vs.                       :
                                        :
 8    CORDIS CORPORATION and            :
      JOHNSON & JOHNSON, INC.,          :
 9                                      :
              Defendants                :   NO. 03-27 (SLR)
10    ------------------------------------
      BOSTON SCIENTIFIC SCIMED, INC.,   :   CIVIL ACTION
11    and BOSTON SCIENTIFIC             :
      CORPORATION,                      :
12                                      :
              Plaintiffs                :
13                                      :
              vs.                       :
14                                      :
      CORDIS CORPORATION and            :
15    JOHNSON & JOHNSON, INC.,          :
                                        :
16            Defendants                :   NO. 03-283 (SLR)
17                          - - -
18                  Wilmington, Delaware
                    Wednesday, June 22, 2005
19                  9:22 o'clock, a.m.
20                          - - -
21    BEFORE: HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
22                          - - -
23                  Valerie J. Gunning and
                    Leonard A. Dibbs,
24                  Official Court Reporters
25
```

108

6/22/2005  Trial Transcript (Jang) B

1       MR. DeLUCIA:  Thank you.
2       MR. DISKANT:  Our last issue is Jang.  Where
3  we last left it, your Honor recalls, we had asked and
4  your Honor had urged BSC to obtain from Dr. Jang an
5  undertaking to be bound by the outcome of this case.
6  They do not have such an undertaking.  They continue
7  to say that Dr. Jang is available to them.  They say
8  they could produce him as a witness, but are electing
9  not to.  Instead want to designate deposition testimony.
10 That's a separate issue.  We'll object to that in its
11 time.
12      But let me be clear so that no one misquotes
13 me in five years.  If Jang does sue us, we will argue
14 vigorously that he is collaterally estopped by this
15 outcome based on this agreement with BSC.  And I
16 understand BSC intends to support us in that argument
17 if we have to make it.
18              - - -
19      MR. DISKANT (Continuing):  But that gives Dr.
20 Jang a lawsuit.  He is under an agreement to cooperate
21 with BSC and yet refuses to provide an undertaking to be
22 bound by the outcome of this case.
23      Now, I understand we're ready to go forward,
24 but I think we do face a risk.  I would like, at a
25 minimum, BSC to undertake to indemnify us on this patent

116

6/22/2005  Trial Transcript (Jang) B

| | |
|---|---|
| 1 | after this litigation and for BSC to pay the cost of the |
| 2 | defense, and the cost of any judgment, if there is one. |
| 3 | - - - |
| 4 | MR. DISKANT (Continuing):  I don't see how we |
| 5 | can otherwise know we're protected. |
| 6 | THE COURT:  Well, at the very minimum -- and |
| 7 | I'm not going to make that decision at this point -- I |
| 8 | am going to state for the record that if Dr. Jang has |
| 9 | any inclination that he is not bound by what's happening |
| 10 | here, he needs to let me know that, and I am going to |
| 11 | require counsel for Boston Scientific to take a copy of |
| 12 | this transcript and make sure that he gets a copy of it |
| 13 | so that if he has any doubts about what is happening |
| 14 | here in the courtroom today, he let's me know about it |
| 15 | now, and not five years from now. |
| 16 | So is that understood by counsel for Boston |
| 17 | Scientific? |
| 18 | MR. DESMARAIS:  Yes your Honor.  We've made |
| 19 | that clear to him and we'll make it clear by showing him |
| 20 | the transcript. |
| 21 | THE COURT:  All right. |
| 22 | MR. DESMARAIS:  Just for the record, I'm happy |
| 23 | to agree with Mr. Diskant.  I believe Dr. Jang would be |
| 24 | bound by this result anyway, so I think we're all in |
| 25 | agreement here. |

6/22/2005 Trial Transcript (Jang) B

1        THE COURT: All right.
2        MR. DISKANT: Thank you very much, your
3   Honor, and I appreciate your seeing us early.
4        THE COURT: All right. I don't know
5   whether -- do we have any other issues before we go
6   forward with openings and do we have all our jurors?
7        MR. DeLUCIA: Not on our side, your Honor.
8   Thanks.
9        MR. DESMARAIS: There will be an issue for
10  the first Cordis witness, who's going on first thing
11  tomorrow morning, but we don't need to bring it up now.
12  I just want to alert you we would like some of your
13  time before tomorrow morning.
14       MR. DISKANT: There will also be an issue
15  on their third witness. Why tell you all your problems
16  now.
17       THE COURT: All right. Well, as long as we
18  have some time.
19       Is Cordis' witness going out of order?
20       MR. DESMARAIS: They're going out of order.
21       THE COURT: Or are we going extremely
22  quickly in this case?
23       MR. DESMARAIS: No. We're going out of
24  order. Although Mr. Diskant wouldn't agree to do that in
25  the last case, I did agree to do it in this case.

118

6/28/2005 Trial Transcript (Jang) E

```
 1                      - VOLUME E -
 2           IN THE UNITED STATES DISTRICT COURT
 3           IN AND FOR THE DISTRICT OF DELAWARE
 4                         - - -
 5   BOSTON SCIENTIFIC CORPORATION,   :   CIVIL ACTION
                                      :
 6          Plaintiff                 :
                                      :
 7          vs.                       :
                                      :
 8   CORDIS CORPORATION and           :
     JOHNSON & JOHNSON, INC.,         :
 9                                    :
            Defendants                :   NO. 03-27 (SLR)
10   -----------------------------------
     BOSTON SCIENTIFIC SCIMED, INC.,  :   CIVIL ACTION
11   and BOSTON SCIENTIFIC            :
     CORPORATION,                     :
12                                    :
            Plaintiffs                :
13                                    :
            vs.                       :
14                                    :
     CORDIS CORPORATION and           :
15   JOHNSON & JOHNSON, INC.,         :
                                      :
16          Defendants                :   NO. 03-283 (SLR)
17                         - - -
18               Wilmington, Delaware
                 Tuesday, June 28, 2005
19               9:28 o'clock, a.m.
20                         - - -
21   BEFORE: HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
22                         - - -
23                 Valerie J. Gunning and
                   Leonard A. Dibbs,
24                 Official Court Reporters
25
```

931

1    referring to documents. I don't intend to offer all the
2    documents. It's just one I intend to offer, which is
3    what they used to answer the Interrogatory.
4        MR. DISKANT: May I have a copy?
5        MR. DESMARAIS: It's the same one I used with
6    Anderson (handing documents to Mr. Diskant).
7        And that's the same document I tried to get
8    through Mr. Anderson in cross, where Mr. Diskant said he
9    had no objection to the document, but I shouldn't use it
10   with Mr. Anderson because Mr. Anderson didn't know about
11   it.
12       And your Honor said, well, we won't admit it
13   now because Mr. Anderson doesn't know about it. And
14   then we didn't close the case. The record was left open.
15   I should get this document in.
16       THE COURT: All right. Speaking of Dr. Jang,
17   I need Boston Scientific's counsel to make a
18   representation on the record or to file an affidavit that
19   Dr. Jang, in fact, has been informed of my position in
20   this case. I actually want to make sure that that
21   happened, that he understands that he has the
22   opportunity to -- he had the opportunity to participate
23   and he has declined to do so.
24       MR. DESMARAIS: I'm happy to make that on
25   the record, your Honor. I can do it right now if you

1  want me to.

2  THE COURT: All right. That's fine.

3  MR. DESMARAIS: We sent him a copy of the
4  transcript of your Honor's comments right after you
5  told us to do it. That very night I think we sent it
6  to him, right after we got the transcript, where you
7  said you wanted him to know that he's invited to come.
8  We sent that to him. There was communication directly
9  with him. He has chosen voluntarily not to be here.

10  THE COURT: All right. I also want to make
11  sure, we kind of keep changing the rules. We have an
12  expert on the stand. At some point he'll be on cross.
13  Dr. Storey was not only directed to answer yes or no,
14  but was not -- was directed not to issue his explanation
15  except on redirect.

16  I just want to make sure we're all playing
17  by the same rules with this witness as well, as I recall
18  this witness' cross last time. Yes or no? Any
19  explanation on redirect. Just want to make sure we are
20  all playing on the same rules.

21  MR. DISKANT: Thank you, your Honor.

22  (Luncheon recess taken.)

23  - - -

24

25

6/28/2005  Trial Transcript (Jang) E

1
2           AFTERNOON SESSION
3
4           (Proceedings resumed at 1:35 p.m., and the
5   following occurred without the presence of the jury.)
6
7           THE COURT:  In terms of this document, I'm
8   trying to figure out what the relevance it is setting
9   aside whether the record was open or not, what relevance
10  does it have?
11          MR. DESMARAIS:  Yes, your Honor. It shows --
12  if you look at the first page of it --
13          THE COURT:  Well, there is only one page.
14          MR. DESMARAIS:  I guess there are two sides.
15  I'm sorry.
16          THE COURT:  Oh, there is?
17          MR. DESMARAIS:  If you look right on this
18  section here, it shows that on April 25th, 1998, Patrick
19  O'Neill from Cordis sent an e-mail to Dr. Jang saying
20  we did receive the samples. They are in the hands of
21  my stent group. That was two months before Cordis
22  changed the BX Velocity to include the offset curving
23  connectors.
24          THE COURT:  Right. But there is no
25  allegation in the case having to do with copying, so,