IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORPORATION )
and BOSTON SCIENTIFIC SCIMED, INC., )
                                    Plaintiffs, )
                                          v. ) C.A. No. 05-768 (SLR)
CONOR MEDSYSTEMS, INC., )
                                    Defendant. )

**REPLY DECLARATION OF VICKI HACKER IN SUPPORT OF
CONOR'S MOTION TO STAY**

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                        Jack B. Blumenfeld (ID # 1014)
                                        Roger D. Smith II (ID # 3778)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE 19899-1347
                                        (302) 658-9200
                                        jblumenfeld@mnat.com

                                        *Attorneys for Conor Medsystems, Inc.*

*Of Counsel:*

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Sherry M. Knowles
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
(404) 572-4600

Dated: March 6, 2006

SV1:\242629\02\577P02!.DOC\38651.0003

I, Vicki Hacker, declare:

1. I am the Vice President of Clinical Affairs for Conor Medsystems, Inc. ("Conor"), the defendant in this action. I have held this position since June 2005. I make this reply declaration in further support of Conor's motion to stay this action. I have personal knowledge of the facts set forth in this declaration and could and would testify competently to them under oath if called as a witness.

2. As Vice President of Clinical Affairs at Conor, my duties and responsibilities include management of clinical research activities and submission of clinical data summaries in support of regulatory approvals.

3. Conor's COSTAR II U.S. Clinical Trial is a prospective, multi-center, randomized study designed to assess the non-inferiority of the CoStar Paclitaxel-Eluting Coronary Stent ("CoStar") as compared to the TAXUS Express$^2$ Drug Eluting Coronary Stent System ("Taxus"). Through its clinical trial, Conor intends to show that its CoStar stent is not inferior to the Taxus stent.

Executed on 6 March 2006, at Menlo Park, CA.

I declare under penalty of perjury that the foregoing is true and correct.

_Vicki Hacker_
Vicki Hacker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 6, 2006, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP

and that he caused copies to be served on March 6, 2006 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY FEDERAL EXPRESS**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

/s/ *Rodger D. Smith II* (#3778)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com