IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-768 (SLR) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 7, 2006, copies of (i) Plaintiffs' First Set of Interrogatories, (ii) Plaintiffs' First Set of Requests for the Production of Documents and Things, and (iii) Plaintiffs' First Set of Requests for Admission were caused to be served upon the following counsel of record as indicated:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

### BY ELECTRONIC MAIL

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores parkway
Redwood Shores, CA 94065

Sherry M. Knowles, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

PLEASE TAKE FURTHER NOTICE that on April 10, 2006, copies of this Notice of Service were served upon the following as indicated:

### BY CM/ECF & HAND DELIVERY

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

### BY ELECTRONIC MAIL

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores parkway
Redwood Shores, CA 94065

Sherry M. Knowles, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Adam W. Poff (No. 3990)
apoff@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
Eric W. Dittmann
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Dated: April 10, 2006

*Attorneys for Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc.*