IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintifffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-768 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Conor Medsystems, Inc.'s Objections to Plaintiffs' First Set of Interrogatories, (2) Conor Medsystems, Inc.'s Objections to Plaintiffs' First Set of Requests for Admission and (3) Conor Medsystems, Inc.'s Objections to Plaintiffs' First Set of Requests for Production of Documents and Things were caused to be served on May 8, 2006 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

**BY FEDERAL EXPRESS**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Jack B. Blumenfeld*

        _____
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        PO. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jblumenfeld@mnat.com
          Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Sherry M. Knowles
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

May 8, 2006