IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. No. 05-768-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 17th day of August, 2006, having reviewed defendant's motion to stay and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 9) is denied, as it is evident that Dr. Jang has an interest in the above captioned infringement lawsuit, regardless of the outcome of the ownership litigation in California, and is satisfied to let plaintiffs go forward with same ("Dr. Jang . . . stands ready to assist with the infringement suit against Conor Medsystems," with the understanding that plaintiffs "will be constructive trustees for Dr. Jang of any proceeds they may recover . . . ."). (D.I. 19,

ex. 6; D.I. 20, ex. F)

_____
United States District Judge