IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., )<br>)<br>Plaintifffs, )<br>)<br>v. )<br>)<br>CONOR MEDSYSTEMS, INC., )<br>)<br>)<br>Defendant. ) | C.A. No. 05-768 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) Conor Medsystems First Set Of Requests For Production To Plaintiffs; and (2) Conor Medsystems' First Set Of Interrogatories To Plaintiffs were caused to be served on September 15, 2006 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Rodger D. Smith II*
                                              _____
                                              Jack B. Blumenfeld (#1014)
                                              Rodger D. Smith II (#3778)
                                              1201 N. Market Street
                                              PO. Box 1347
                                              Wilmington, DE  19899
                                              (302) 658-9200
                                              rsmith@mnat.com
                                                Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Sherry M. Knowles
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

September 15, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 15, 2006, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP

I also certify that copies were caused to be served on September 15, 2006, upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE  19801
> (302) 658-9200
> rsmith@mnat.com