IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and <br> BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintifffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-768 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) Conor Medsystems, Inc.'s Supplemental Objections to Plaintiffs' First Set of Requests for Admission; (2) Conor Medsystems, Inc.'s Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories; and (3) Conor Medsystems, Inc.'s Supplemental Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents and Things were caused to be served on September 25, 2006 upon the following in the manner indicated:

**BY FAX**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

Eric Dittman
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/  Jack B. Blumenfeld (#1014)*

                                          _____
                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith II (#3778)
                                          1201 N. Market Street
                                          PO. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200
                                          jblumenfeld@mnat.com
                                            Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

September 27, 2006