IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-768 (SLR) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 16, 2006, copies of Plaintiffs' Objections and Responses to Conor's First Set of Interrogatories were caused to be served upon the following counsel of record as indicated:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

### BY ELECTRONIC MAIL

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores parkway
Redwood Shores, CA 94065

PLEASE TAKE FURTHER NOTICE that on October 17, 2006, copies of this Notice of Service were served upon the following as indicated:

**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores parkway
Redwood Shores, CA 94065

|  |  |
|---|---|
| **OF COUNSEL:**<br><br>John M. Desmarais<br>Peter J. Armenio<br>Eric W. Dittmann<br>**KIRKLAND & ELLIS LLP**<br>153 East 53rd Street<br>New York, NY 10022<br>(212) 446-4800<br><br>Dated: October 17, 2006 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>/s/<br>_____<br>Josy W. Ingersoll (No. 1088)<br>*jingersoll@ycst.com*<br>John W. Shaw (No. 3362)<br>*jshaw@ycst.com*<br>Adam W. Poff (No. 3990)<br>*apoff@ycst.com*<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>*Attorneys for Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc.* |

DB02:5274879.1     054604.1005