IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 05-768-SLR |
| v. | ) ) | |
| CONOR MEDSYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
BIFURCATE AND STAY DISCOVERY AND TRIAL OF DAMAGES ISSUES**

This Court, having considered Plaintiffs' Motion To Bifurcate And Stay Discovery And Trial Of Damages Issues, and finding that bifurcating and staying discovery and trial of damages issues until resolution of liability issues would promote expedition and efficiency of the litigation, and further finding that there is no prejudice to Defendant in connection with granting Plaintiffs' Motion, hereby ORDERS this ____ day of _____, 2006 that the Motion is GRANTED.

_____
United States District Judge