IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and ) <br> BOSTON SCIENTIFIC SCIMED, INC., ) <br> ) <br> Plaintifffs, ) <br> ) <br> v. ) <br> ) <br> CONOR MEDSYSTEMS, INC., ) <br> ) <br> ) <br> Defendant. ) | C.A. No. 05-768 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Conor Medsystem's Second Set of Requests for Production to Plaintiffs were caused to be served on October 24, 2006 upon the following in the manner indicated:

### BY HAND

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY EMAIL

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Rodger D. Smith II (#3778)*

                                      Jack B. Blumenfeld (#1014)
                                      Rodger D. Smith II (#3778)
                                      1201 N. Market Street
                                      PO. Box 1347
                                      Wilmington, DE 19899
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                          Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
(404) 572-4600

October 24, 2006