IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for defendant to respond to plaintiffs' motion to bifurcate and stay discovery and trial of damages issues (D.I. 34) is extended until November 3, 2006.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Josy W. Ingersoll (#1088) | /s/ Jack B. Blumenfeld (#1014) |
| Josy W. Ingersoll (#1088)<br>John W. Shaw (#3362)<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899<br>(302) 571-6600<br>jshaw@ycst.com<br>Attorneys for Plaintiffs | Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>Attorneys for Defendant |

SO ORDERED this _____ day of October, 2006.

_____
United States District Judge