IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and | ) | |
| BOSTON SCIENTIFIC SCIMED, INC., | ) | |
| | ) | |
| Plaintifffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-768 (SLR) |
| | ) | |
| CONOR MEDSYSTEMS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Conor Medsystem's Third Set of

Requests for Production to Plaintiffs were caused to be served on November 1, 2006 upon the

following in the manner indicated:

#### BY HAND

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

#### BY EMAIL

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
PO. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

November 1, 2006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 1, 2006 I electronically filed the foregoing with

the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on

November 1, 2006 upon the following in the manner indicated:

**<u>BY HAND</u>**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19899

**<u>BY EMAIL</u>**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

/s/  *Jack B. Blumenfeld*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com