IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>  Plaintiffs,<br><br>  v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 1, 2006, copies of Plaintiffs' Second Set of Interrogatories were caused to be served upon the following counsel of record as indicated:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores parkway
Redwood Shores, CA 94065

PLEASE TAKE FURTHER NOTICE that on November 3, 2006, copies of this Notice of Service were served upon the following as indicated:

**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores parkway
Redwood Shores, CA 94065

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
Eric W. Dittmann
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Dated: November 3, 2006

*Attorneys for Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc.*