IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintifffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 05-768 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Conor Medsystem's Second Set of Interrogatories to Plaintiffs and Conor Medsystem's Fifth Set of Requests for Production to Plaintiffs were caused to be served on November 21, 2006 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY EMAIL**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Jack B. Blumenfeld*

                                          _____
                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith II (#3778)
                                          1201 N. Market Street
                                          PO. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200
                                          jblumenfeld@mnat.com
                                            Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

November 21, 2006

CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on November 21, 2006 upon the following in the manner indicated:

**BY HAND**

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>Wilmington, DE  19899

**BY EMAIL**

>Peter J. Armenio
>Kirkland & Ellis
>Citigroup Center
>153 East 53rd Street
>New York, NY  10022

/s/  *Jack B. Blumenfeld*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com