IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) |
| Plaintifffs, | ) ) |
| v. | ) ) C.A. No. 05-768 (SLR) |
| CONOR MEDSYSTEMS, INC., | ) ) ) ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Conor Medsystems, Inc.'s Objections and Responses to Plaintiffs' Interrogatories 7-11 and 13-16; 2) Conor Medsystems, Inc.'s Second Supplemental Objections and Responses to Plaintiffs' Interrogatories Nos. 1, 3, & 6; 3) Conor Medsystems, Inc.'s Objections and Responses to Plaintiffs' Second Set of Requests for Admission; and 4) Conor Medsystems, Inc.'s Objections and Responses to Plaintiffs' Second Set of Request for Production of Documents and Things were caused to be served on December 8, 2006 upon the following in the manner indicated:

**BY HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Jack B. Blumenfeld*

                    _____
                    Jack B. Blumenfeld (#1014)
                    Rodger D. Smith II (#3778)
                    1201 N. Market Street
                    PO. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jblumenfeld@mnat.com
                      Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

December 8, 2006

CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

    Josy W. Ingersoll
    Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on December 8, 2006 upon the following in the manner indicated:

**BY HAND**

    Josy W. Ingersoll
    Young, Conaway, Stargatt & Taylor, LLP
    1000 West Street, 17th Floor
    Wilmington, DE  19899

**BY EMAIL**

    Peter J. Armenio
    Kirkland & Ellis
    Citigroup Center
    153 East 53rd Street
    New York, NY  10022

    /s/   *Jack B. Blumenfeld*
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    (302) 658-9200
    jblumenfeld@mnat.com