## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION : | |
| and BOSTON SCIENTIFIC SCIMED, INC., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 05-768-SLR |
| : | |
| CONOR MEDSYSTEMS, INC., : | |
| : | |
| Defendant. : | |

## **ORDER**

At Wilmington this **12th** day of **December, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, April 18, 2007 at 11:30 a.m. Eastern Time** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in ADR. **Jack B. Blumenfield, Esquire shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE