IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORPORATION and )
BOSTON SCIENTIFIC SCIMED, INC.,    )
                                   )
          Plaintiffs,              )
                                   )    Civil Action No. 05-768 (SLR)
     v.                            )
                                   )
CONOR MEDSYSTEMS, INC.,            )
                                   )
          Defendant.               )

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 21, 2006, copies of 1) Plaintiffs'

Objections and Response to Conor's Second Set of Interrogatories, and 2) Plaintiffs' Objections

and Responses to Conor's Fifth Set of Requests for Production were caused to be served upon

the following counsel of record as indicated:

### BY ELECTRONIC MAIL AND HAND DELIVERY

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

### BY ELECTRONIC MAIL

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores parkway
Redwood Shores, CA 94065

PLEASE TAKE FURTHER NOTICE that on December 21, 2006, copies of this

Notice of Service were served upon the following as indicated:

**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL**

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores parkway
Redwood Shores, CA 94065

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

**OF COUNSEL:**

John M. Desmarais
Peter J. Armenio
Eric W. Dittmann
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Dated: December 21, 2006

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Plaintiffs Boston Scientific*
*Corporation and Boston Scientific Scimed, Inc.*

054604.1005