IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and SCIMED LIFE SYSTEMS, INC., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 05-768 (SLR) ) |
| CONOR MEDSYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Timothy K. Gilman, Jeanne M. Heffernan and Jason S. Grauch to represent Boston Scientific Corporation and Scimed Life Systems, Inc., in this matter.

Purusant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

_____
Josy W. Ingersoll
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West street, 17th Floor
Wilmington, Delaware 19081

Dated: December 22, 2006          Attorneys for Plaintiff

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Timothy K. Gilman, Jeanne M. Heffernan and Jason S. Grauch is granted.

Date: December ___, 2006          _____
                                   United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Timothy K. Gilman
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022-4675

DATED: December 14, 2006

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

                                      *[signature]*
                                      Jeanne M. Heffernan
                                      Kirkland & Ellis LLP
                                      153 East 53rd Street
                                      New York, NY 10022-4675

DATED: December 8, 2006

## CERTIFICATION BY COUNSEL
## <u>TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*/s/ Jason S. Grauch*
_____
Jason S. Grauch
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022-4675

DATED: December __7__, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>SCIMED LIFE SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC., | )<br>)<br>)<br>)<br>)  Case No.: 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This ____ day of _____, 2006, the Court having considered the motion for the admission *pro hac vice* of Timothy K. Gilman, Jeanne M. Heffernan and Jason S. Grauch to represent Boston Scientific Corporation and Scimed Life Systems, Inc., in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Chief Judge Sue L. Robinson

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on December 22, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on December 22, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

>Matthew D. Powers, Esquire
>Jared Bobrow, Esquire
>Weil, Gotshal & Manges LLP
>201 Redwood Shores Parkway
>Redwood Shores, CA 94065

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Adam W. Poff (No. 3990)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19899-0391
>(302) 571-6600
>apoff@ycst.com
>
>Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.