IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 05-768 (SLR) |
| CONOR MEDSYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Conor Medsystems, Inc.'s Objections and Responses to Plaintiffs' Third Set of Requests for Production of Documents and Things; 2) Conor Medsystems, Inc.'s Objections and Responses to Plaintiffs' Third Set of Requests for Admission; and 3) Conor Medsystems, Inc.'s Objections and Responses to Plaintiffs' Interrogatories 17-21 were caused to be served on January 10, 2007 upon the following in the manner indicated:

**BY EMAIL AND HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/  Jack B. Blumenfeld (#1014)*
                    _____
                    Jack B. Blumenfeld (#1014)
                    Rodger D. Smith II (#3778)
                    1201 N. Market Street
                    PO. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                    jblumenfeld@mnat.com
                      Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

January 10, 2007

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007 I electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on January 10, 2007 upon the following in the manner indicated:

**BY EMAIL AND HAND**

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>Wilmington, DE 19899

**BY EMAIL**

>Peter J. Armenio
>Kirkland & Ellis
>Citigroup Center
>153 East 53rd Street
>New York, NY 10022

>/s/ *Jack B. Blumenfeld (#1014)*
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>(302) 658-9200
>jblumenfeld@mnat.com