IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORPORATION and    )
BOSTON SCIENTIFIC SCIMED, INC.,       )
                                      )
                Plaintiffs,           )
                                      )
        v.                            )    C.A. No. 05-768 (SLR)
                                      )
CONOR MEDSYSTEMS, INC.,               )
                                      )
                                      )
                Defendant.            )

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of:  (1) Conor Medsystems, Inc.'s First Set Of Requests For Admission; (2) Conor Medsystems, Inc.'s Third Set Of Interrogatories To Plaintiffs; (3) Conor Medsystems, Inc.'s Sixth Set Of Requests For Production Of Documents And Things; (4) Conor Medsystems, Inc.'s Second Supplemental Objections And Responses To Plaintiffs' Interrogatory No. 2; and (5) Conor Medsystems, Inc.'s Supplemental Objections And Responses To Plaintiffs' Interrogatory Nos. 8 & 12-14 were caused to be served on January 12, 2007 upon the following in the manner indicated:

### BY EMAIL AND HAND

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

### BY EMAIL

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
   Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

January 12, 2007

517088

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2007 I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on January 12, 2007 upon the following in the manner indicated:

**BY EMAIL AND HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY EMAIL**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

/s/ *Rodger D. Smith II*
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com