IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>SCIMED LIFE SYSTEMS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No: 05-768 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Young J. Park to represent Boston Scientific Corporation and Scimed Life Systems, Inc., in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                                                                   /s/ Josy W. Ingersoll
                                                          Josy W. Ingersoll
                                                          Young Conaway Stargatt & Taylor, LLP
                                                          The Brandywine Building
                                                          1000 West street, 17th Floor
                                                          Wilmington, Delaware 19081

Dated: January 22, 2007           Attorneys for Plaintiff

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Young J. Park is granted.

Date: January ___, 2007                                      _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Young J. Park
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022-4675

DATED: January 17, 2007

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on January 22, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on January 22, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL AND U.S. MAIL**

> Matthew D. Powers, Esquire
> Jared Bobrow, Esquire
> Weil, Gotshal & Manges LLP
> 201 Redwood Shores Parkway
> Redwood Shores, CA 94065

> Timothy E. Demasi, Esquire
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Josy W. Ingersoll*

Josy W. Ingersoll (No. 1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
jingersoll@ycst.com

Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.

DB02:5725843.1                                                                     054604.1005