IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION<br>and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-768-SLR<br>)<br>)<br>)<br>)<br>) |

_____)

**NOTICE OF DEPOSITION AND SERVICE OF SUBPOENAS**

　　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30 and 45, Conor will take the depositions upon oral examination of Bruce Modesitt on February 1, 2007 starting at 9:30 am at Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065 and Sepehr Fariabi on February 2, 2007 starting at 9:30 am in Costa Mesa, CA. The depositions will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording.

　　　　PLEASE TAKE FURTHER NOTICE that, pursuant to Fed. R. Civ. P. 30 and 45, Defendant Conor Medsystems ("Conor") will serve the subpoenas attached hereto as Exhibits A and B on Mr. Modesitt and Mr. Fariabi.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

January 22, 2007

690396.1

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007 I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on January 22, 2007 upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY E-MAIL**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

/s/    *Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com