# EXHIBIT A

## Issued by the
## UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC.,

        Plaintiffs,

v.

CONOR MEDSYSTEMS, INC.,

        Defendant.

**SUBPOENA IN A CIVIL CASE**

Civil Action No. 05-768-SLR

**District of Delaware**

To: Bruce Modesitt
    952 American Street
    San Carlos, CA 94070

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case on the topics specified in Schedule A hereto.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175 | February 1, 2007<br>9:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the documents or objects specified in Schedule A hereto at the place, date, and time specified below:

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]<br>Attorneys for Defendant | January 22, 2007 |

1

2

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Jared Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

2

# EXHIBIT B

## Issued by the
## UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC.,

        Plaintiffs,

v.

CONOR MEDSYSTEMS, INC.,

        Defendant.

**SUBPOENA IN A CIVIL CASE**

Civil Action No. 05-768-SLR

District of Delaware

To: Sepehr Fariabi
    c/o Biosensors International USA
    20280 Acacia Street, Suite 300
    Newport Beach, CA 92660

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case on the topics specified in Schedule A hereto.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Paulson Reporting Services<br>535 Anton Blvd., Suite 300<br>Costa Mesa, CA 92626 | February 2, 2007<br>9:30 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the documents or objects specified in Schedule A hereto at the place, date, and time specified below:

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature]<br>Attorneys for Defendant | January 22, 2007 |

1

2

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Jared Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
(650) 802-3000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)