IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 05-768 (SLR) |
| CONOR MEDSYSTEMS, INC., ) ) ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Conor Medsystems, Inc.'s Response to Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(B)(6) were caused to be served on January 23, 2007 upon the following in the manner indicated:

**BY EMAIL AND HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY EMAIL**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

January 23, 2007

517088

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on January 23, 2007, upon the following in the manner indicated:

> **BY EMAIL AND HAND**
>
> Josy W. Ingersoll
> Young, Conaway, Stargatt & Taylor, LLP
> 1000 West Street, 17th Floor
> Wilmington, DE 19899
>
> **BY EMAIL**
>
> Peter J. Armenio
> Kirkland & Ellis
> Citigroup Center
> 153 East 53rd Street
> New York, NY 10022

>> */s/ Rodger D. Smith II (#3778)*
>> Morris, Nichols, Arsht & Tunnell LLP
>> 1201 N. Market Street
>> P.O. Box 1347
>> Wilmington, DE 19899
>> (302) 658-9200
>> rsmith@mnat.com