# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-768-SLR<br>)<br>)<br>)<br>)<br>) |

**AMENDED RULE 16 SCHEDULING ORDER**

The Court's October 18, 2006 Rule 16 Scheduling Order (D.I. 36) is hereby amended as follows:

    2.    **Discovery.**

    (b)    All fact discovery shall be commenced so as to be completed by March 9, 2007.

    (c)    Expert discovery shall be commenced in time to be completed by April 30, 2007.

    (1)    Expert reports on issues for which the parties have the burden of proof are due on March 19, 2007. Rebuttal expert reports are due on April 12, 2007.

    5.    **Claim Construction Issue Identification.** If the court does not find that a limited earlier claim construction would be helpful in resolving the case, on March 2, 2007, the parties shall exchange lists of those claim terms that they believe need construction and their proposed claim construction of those terms. The document will not be filed with the court. Subsequent to exchanging such lists, the parties will meet and confer to prepare a Joint Claim Construction Statement to be submitted pursuant to paragraph 7 below.

2

6.      **Summary Judgment Motions.**  All summary judgment motions shall be served and filed with an opening brief on or before May 11, 2007.  Briefing shall be pursuant to D. Del. LR 7.1.2.  No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

7.      **Claim Construction.**  The parties shall agree upon and file the Joint Claim Construction Statement on April 5, 2007, with the claim chart separately docketed.  The parties will file simultaneous opening claim construction briefs on May 11, 2007.  Simultaneous response briefs should be filed by May 31, 2007.

_____         _____
                Date                                      United States District Judge