IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-768 (SLR) |
| v. | ) ) | |
| CONOR MEDSYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on January 31, 2007, copies of BSC's Objections

and Responses to Conor's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) were caused

to be served upon the following counsel of record as indicated:

**BY ELECTRONIC MAIL AND HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL AND U.S. MAIL**

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Timothy E. Demasi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

PLEASE TAKE FURTHER NOTICE that on February 1, 2007, copies of this

Notice of Service were served upon the following as indicated:

**BY CM/ECF & HAND DELIVERY**

Jack B. Blumenfeld, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**BY ELECTRONIC MAIL AND U.S. MAIL**

Matthew D. Powers, Esquire          Timothy E. Demasi, Esquire
Jared Bobrow, Esquire               Weil Gotshal & Manges LLP
Weil, Gotshal & Manges LLP          767 Fifth Avenue
201 Redwood Shores Parkway          New York, NY 10153
Redwood Shores, CA 94065

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____

Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Plaintiffs Boston Scientific*
*Corporation and Boston Scientific Scimed, Inc.*

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Dated: February 1, 2007

054604.1005