IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-768 (SLR) ) ) ) ) ) |

## NOTICE OF SUBPOENA (DOUGLAS GODSHALL)

PLEASE TAKE NOTICE that Defendant Conor Medsystems, Inc. served the attached subpoena on Douglas Godshall c/o Kirkland & Ellis LLP on February 2, 2007.

**BY E-MAIL AND HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**BY E-MAIL**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Jack B. Blumenfeld (#1014)*
                                  Jack B. Blumenfeld (#1014)
                                  Rodger D. Smith II (#3778)
                                  1201 N. Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899
                                  (302) 658-9200
                                  jblumenfeld@mnat.com
                                    Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

February 2, 2007
724388.1

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 2, 2007 I caused to be electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on February 2, 2007 upon the following in the manner indicated:

**<u>BY E-MAIL AND HAND</u>**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

**<u>BY E-MAIL</u>**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
jblumenfeld@mnat.com