IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-768 (SLR) |
| CONOR MEDSYSTEMS, INC., | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Conor's Supplemental Response to BSC's Notice of Deposition were caused to be served on February 2, 2007 upon the following in the manner indicated:

### BY EMAIL AND HAND

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

### BY EMAIL

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Jack B. Blumenfeld (#1014)*
                                            Jack B. Blumenfeld (#1014)
                                            Rodger D. Smith II (#3778)
                                            1201 N. Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19899
                                            (302) 658-9200
                                            jblumenfeld@mnat.com
                                                Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

February 2, 2007

517088

2

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on February 2, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>Wilmington, DE  19899

**BY EMAIL**

>Peter J. Armenio
>Kirkland & Ellis
>Citigroup Center
>153 East 53rd Street
>New York, NY  10022

>/s/ Jack B. Blumenfeld (#1014
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com