IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-768-SLR |

## NOTICE OF DEPOSITION OF PAUL LAVIOLETTE

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Conor Medsystems, Inc. will take the deposition upon oral examination of Paul LaViolette on February 7, 2007, at 9:30 a.m., at the Crowne Plaza Hotel Boston-Natick, 1360 Worcester Street, Natick, Massachusetts 01760.

The deposition will be taken before a certified court reporter or other person authorized to administer oaths. The deposition will be recorded by videotape and by stenographic means. The deposition will continue from day to day until completed.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
　Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
(404) 572-4600

February 5, 2007

729069

CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I caused to be electronically filed the foregoing NOTICE OF DEPOSITION OF PAUL LAVIOLETTE with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on February 5, 2007, upon the following in the manner indicated:

**BY E-MAIL AND HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY E-MAIL**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY 10022

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)
rsmith@mnat.com