IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION<br>and BOSTON SCIENTIFIC SCIMED, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>CONOR MEDSYSTEMS, INC.<br><br>Defendant. | Case No.: 05-768-SLR |

### BSC'S THIRD NOTICE OF DEPOSITION OF CONOR MEDSYSTEMS, INC. PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that at 9:30 a.m. on February 20, 2007, or such other time and date as agreed to by counsel, Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "BSC") will take the deposition upon oral examination of Defendant Conor Medsystems, Inc. ("Conor") at the offices of Kirkland & Ellis LLP, 153 East 53rd Street, New York, New York 10022, pursuant to Federal Rule of Civil Procedure 30(b)(6). This deposition upon oral examination will be conducted before an officer authorized to administer oaths and will be recorded by stenographic and videographic means.

BSC will take this deposition upon oral examination through one or more officers, directors, managing agents or other persons designated by Conor pursuant to Federal Rule of Civil Procedure 30(b)(6) as the person(s) knowledgeable to testify on Conor's behalf concerning

the topic identified in Schedule A. Conor is requested to identify the individual(s) who will testify regarding this topic at least one week in advance of the deposition. The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary. You are invited to attend and examine the witness(es).

Dated: February 7, 2007.                Respectfully submitted,

                                        YOUNG, CONAWAY, STARGATT,
                                         & TAYLOR

                                        _____
                                        Josy W. Ingersoll (I.D. #1088)
                                        John W. Shaw (I.D. # 3362)
                                        Adam W. Poff (I.D. #3990)
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        (302) 571-6713

                                        *Attorneys for Plaintiffs Boston Scientific
                                        Corporation and Boston Scientific Scimed, Inc.*

*Of Counsel*:

John M. Desmarais
Peter J. Armenio
Marjorie Press Lindblom
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

# SCHEDULE A

### Definitions

As used herein, "Conor" shall mean defendant Conor Medsystems, Inc. and all of Conor Medsystems, Inc.'s corporate parents, corporate predecessors and part or present subsidiaries, affiliates, divisions, departments, officers, directors, principals, agents and employees.

As used herein, "BSC" shall mean Plaintiffs Boston Scientific Corporation, Boston Scientific Scimed, Inc., collectively, and all of their corporate parents, corporate predecessors and part or present subsidiaries, affiliates, divisions, departments, officers, directors, principals, agents and employees.

### Topic

1. The basis of Conor's contention that BSC is not entitled to injunctive relief, including in particular the statements in Conor's Response to BSC's Interrogatory No. 10.

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on February 7, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on February 7, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

> Matthew D. Powers, Esquire
> Jared Bobrow, Esquire
> Weil, Gotshal & Manges LLP
> 201 Redwood Shores Parkway
> Redwood Shores, CA 94065
>
> Timothy E. Demasi, Esquire
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
*apoff@ycst.com*

Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.