# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

February 7, 2007

BY E-FILING

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

   Re: Boston Scientific Corp. v. Conor Medsystems; C.A. No. 05-768 (SLR)

Dear Chief Judge Robinson:

   Enclosed is an Amended Scheduling Order, as discussed during the conference on Monday afternoon.

               Respectfully,

               /s/ Jack B. Blumenfeld

               Jack B. Blumenfeld (#1014)

JBB/acc
Enclosure
cc: Peter T. Dalleo, Clerk (By Hand)
   Josy W. Ingersoll, Esquire (By Hand)
   Peter J. Armenio, Esquire (By E-mail)
   Timothy E. DeMasi, Esquire (By E-mail)

729438.1