IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., )<br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of 1) Conor Medsystem Inc.'s Supplemental Response To Plaintiffs' Interrogatory No. 7 and Third Supplemental Response To Plaintiffs' Interrogatory No. 8 and 2) Conor's Response to BSC's Second Notice of Deposition were caused to be served on February 7, 2007 upon the following in the manner indicated:

**BY EMAIL AND HAND**

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801

**BY EMAIL**

Peter J. Armenio
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

---

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
  Attorneys for Defendant

OF COUNSEL:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA  30303
(404) 572-4600

February 7, 2007

517088

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I caused to be electronically filed the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP

I further certify that I caused to be served copies of the foregoing document on February 7, 2007, upon the following in the manner indicated:

>**BY EMAIL AND HAND**
>
>Josy W. Ingersoll
>Young, Conaway, Stargatt & Taylor, LLP
>1000 West Street, 17th Floor
>Wilmington, DE  19899
>
>**BY EMAIL**
>
>Peter J. Armenio
>Kirkland & Ellis
>Citigroup Center
>153 East 53rd Street
>New York, NY  10022

>*/s/ Jack B. Blumenfeld*
>
>---
>
>Jack B. Blumenfeld (#1014)
>jblumenfeld@mnat.com