IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-768-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Morris Nichols Arsht & Tunnell LLP hereby withdraws its appearance, and Ashby & Geddes hereby enters its appearance, as Delaware counsel to the defendant, Conor Medsystems, Inc., in the above action.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (I.D. #1014)
Rodger D. Smith II (I.D. #3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
302-658-9200

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
302-654-1888

Dated:  February 9, 2007
177629.1