IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-768 (SLR) ) ) ) ) ) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively "Boston Scientific"), by its counsel, will take the deposition upon oral examination of Johnson & Johnson ("J&J").

The deposition will take place at The Hyatt Regency, 2 Albany Street, New Brunswick, NJ 08901, commencing on February 13, 2007 at 10:00 a.m, or at such other time and place as may be agreed to by counsel. The deposition will be taken before a Notary Public or other person authorized to administer oaths by the laws of the United States, and will be recorded by stenographic and/or videographic means. The deposition will continue from day-to-day until completed.

All counsel are invited to attend and cross-examine.

**OF COUNSEL:**

John M. Desmarais
Peter J. Armenio
**KIRKLAND & ELLIS LLP**
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Dated: February 9, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
*jingersoll@ycst.com*
John W. Shaw (No. 3362)
*jshaw@ycst.com*
Adam W. Poff (No. 3990)
*apoff@ycst.com*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc.*

## CERTIFICATE OF SERVICE

I, Adam W. Poff, Esquire, hereby certify that on February 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on February 9, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

>Matthew D. Powers, Esquire
>Jared Bobrow, Esquire
>Weil, Gotshal & Manges LLP
>201 Redwood Shores Parkway
>Redwood Shores, CA 94065

>Timothy E. Demasi, Esquire
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
*apoff@ycst.com*

Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.