**1**

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF     __New Jersey__

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC.
     V.
CONOR MEDSYSTEMS, INC.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]
Civil Action No. 05-768 (SLR)
District of Delaware

TO:   Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Hyatt Regency — 2 Albany Street, New Brunswick, NJ 08901 See Schedule A. | February 13, 2007 at 10:00a |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
|  | February 2, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Timothy K. Gilman, Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022
(212) 446-4800

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
|  |  |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

_____

---

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

## SCHEDULE A

## TOPICS OF EXAMINATION

### TOPIC NO. 1:

The design history of the FDA-approved Bx Velocity stent, including all design iterations and prototypes.

### TOPIC NO. 2:

The performance and attributes of the Bx Velocity stent design iterations and prototypes.

### TOPIC NO. 3:

The performance and attributes of the FDA-approved Bx Velocity stent and how they compare to the performance and attributes of any Bx Velocity design iteration or prototype.

### TOPIC NO. 4:

Cordis' decision to seek to commercialize the design of the Bx Velocity stent that was later approved by the FDA, including the reasons for Cordis' decision.

### TOPIC NO. 5:

The performance and attributes of the BX stent and how they compare to the performance and attributes of the FDA-approved Bx Velocity stent.

### TOPIC NO. 6:

Cordis' decision not to seek to commercialize the BX stent, including the reason for Cordis' decision.

**TOPIC NO. 7:**

The authenticity of the documents attached hereto as Exhibit A and whether they were kept in the ordinary course of business.

## DEFINITIONS

1.    As used herein, "Cordis" shall mean Cordis Corporation and all of its corporate parents, corporate predecessors and past or present subsidiaries, affiliates, divisions, departments, officers, directors, principals, agents and employees.

2.    As used herein, "Bx Velocity stent" shall mean any stent made, used, sold, offered for sale, or imported into the United States by Cordis in which the words "Bx Velocity" constitute all or part of the trademark or name, including any commercial, developmental, working or non-working model, or any prototype of any of the foregoing.

3.    As used herein, "BX stent" shall mean the stent designed by Isostent and described in, for example, Chapter 21 of *The Handbook of Coronary* Stents (2d edition 1998), including any commercial, developmental, working or non-working model, or any prototype of any of the foregoing.

4.    As used herein, "include" and "including" shall be construed to mean "without limitation," so as to acquire the broadest meaning possible.

# EXHIBIT A



THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

LENGTH=27mm

.0226" Circumference
(.72 mm O.D.)

BSC-C 0168824

C27-13×5_J

SIZE A    FILE NAME    PART NUMBER    PN=**.******×    SHEET    REV A

DATE    SCALE XXX

**HIGHLY CONFIDENTIAL**

DRAWN BY    CHECKED BY    APPROVED BY

DATE April 23, 1998

CONFIDENTIAL



DETAIL 1  Strut and articulation widths

LEFT END

INT

RIGHT END

DETAIL 2  FLAT LAYOUT

Detail 1 notes

Detail 2 Notes
4  longitudinal pattern spacing
   1 "LEFT END" segment
   1 INT segments
   1 "RIGHT END" segment

5  Boxes area indicate points at which dimensions occur tolerances inner
   The section denoted by INT defines the repeating pattern pending
   The section denoted by END defines the ends of the stent

5  pattern displayed in Detail 2 represents 8mm stent with "X"1 IN segments
   This pattern repeats 7 times around the circumference of the two stent

Notes
6  Dimensions noted are as finished
7  OD as finished = .063 in
8  Fabrication from .055 ID x .00   wT .16i
   stainless steel tubing (refer to drawing H:)
9  Critical dimensions have mean constraints

| X | NOMINAL LENGTH | "A" Length |
|---|---|---|
| 1 | [8] | 0.321 [8.1] |
| 2 | [13] | 0.502 [12.8] |

CONFIDENTIAL  NOT TO BE REPRODUCED OR USED IN ANY WAY
WITHOUT WRITTEN CORDIS A JOHNSON & JOHNSON
COMPANY APPROVAL.

GENERAL REQUIREMENTS UNLESS OTHERWISE SPECIFIED
《 》 DENOTES CRITICAL ELEMENT    √ DENOTES FINISH ON SURFACE
〈 〉 DENOTES INSPECTION ITEM     REMOVE ALL BURRS & BREAK SHARP EDGES
[ ] DENOTES METRIC DIMENSION    △ INDICATES A REVISION LEVEL
⌐ DENOTES MATING PARTS

DO NOT SCALE DRAWING

TOLERANCE'S UNLESS OTHERWISE SPECIFIED
XXXX (4 PLACE DEC) ±.0005 IN ±(.0013 MM)    CLASS 2 FIT
XXX (3 PLACE DEC) ±.005 IN ±(.012) MM)    THREADS
XX (2 PLACE DEC) ±.01 IN ±(.025 MM)    ANGLES ±1/2°
FRACTIONAL 1/64 ±(.64 MM)    THIS DRAWING WAS GENERATED
USING AUTOCAD. PLEASE

**Cordis**
a Johnson-Johnson company
40 Technology Drive  Warren, NJ  07059
BSC-C 0168825

| DRAWN BY | DATE |
| CHECKED BY | DATE |
| APPROVED BY | DATE |
| MATERIAL | |
| FINISH | |
| SCALE | |

TITLE

DWG. NO.

DWG SIZE  B    REV

SHEET  OF

THIRD ANGLE PROJECTION

HIGHLY CONFIDENTIAL

REVISIONS

| ZONE | LET | DATE | BY | DESCRIPTION |



Stent Parameters

5 mil wall thickness

275 mm long

THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

mil OD (58 mil ID Tubing)

THIS DRAWING AND THE INFORMATION SET FORTH HEREIN ARE THE PROPERTY OF CORDIS, AND ARE TO BE HELD IN TRUST AND CONFIDENCE. PUBLICATION, DUPLICATION, DISCLOSURE OR USE FOR ANY PURPOSE NOT EXPRESSLY AUTHORIZED IN WRITING BY CORDIS IS PROHIBITED.

UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN INCH AND TOLERANCES ARE

XX      ± .01
XXX     ± .001
XXXX    ± .0005
FRACTION = ±1/32
ANGULAR = ±1/2°

MATERIAL .041ID x .006 wall 316L
FINISH: ELECTROPOLISHED

NEXT ASSY

CONFIDENTIAL

DRAWN BY:
D R E 7-15-1998

DATE 7/15/98

CHECKED BY:

DATE

APPROVED BY
NAME

DATE APPROVED

VM
SIZE A
SCALE XXX

OMNI6_27_A
FILE NAME
PART NUMBER     PN xxxxxxxxx
DATE            SHEET

7, River Oaks Drive
For _____ NJ 07724
TEL 732/ 738 9172

REV A

HIGHLY CONFIDENTIAL

BSC-C 0168826

BSC-C 0168827

HIGHLY
CONFIDENTIAL



THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

BSC-C 0168828

HIGHLY
CONFIDENTIAL



BSC-C 0168829

HIGHLY
CONFIDENTIAL



BSC-C 0168830

HIGHLY
CONFIDENTIAL



CURRENT BX

BX ULTRAFLEX5

BX ULTRAFLEX4

BSC-C 0168831

HIGHLY
CONFIDENTIAL



PRE - DEPLOYED BX STENT
(15 mm Long)

H - STRUT

H - CELL

CURVED SECTIONS

S - CELL

VERTICAL STRUTS

S - STRUT

DIAGONAL STRUTS

BSC-C 0168832

HIGHLY CONFIDENTIAL

BX-MB25

BX OMNI_C

BX OMNI_B

BX OMNI_A

BSC-C 0168833

HIGHLY
CONFIDENTIAL



0.204"

1.031"

0.142"

CONFIDENTIAL

DRAWN BY
D. R. Fischell
DATE March 16, 1998

CHECKED BY

DATE

APPROVED B:
NAME

DATE APPROVED B:
NAME
DATE APPROVED

THIS DRAWING AND THE INFORMATION
SET FORTH HEREIN ARE THE PROPERTY
OF ISOSTENT INC. AND ARE TO BE
HELD IN TRUST AND CONFIDENCE.
PUBLICATION DUPLICATION, DISCLOSURE
OR USE FOR ANY PURPOSE NOT
EXPRESSLY AUTHORIZED IN WRITING
BY FISCHELL BIOMEDICAL LLC
IS PROHIBITED

REVISIONS

| ZONE | REV | DESCRIPTION | DATE | APPROVED |
|------|-----|-------------|------|----------|

UNLESS OTHERWISE SPECIFIED
DIMENSIONS ARE IN INCH
AND TOLERANCES ARE
XX      = ±.01
XXX     = ±.001
XXXX    = ±.0005
FRACTION = ±1/32
ANGULAR : ±1/2°

MATERIAL
316L VM SS, 0.065"OD/0.006" tw

FINISH ELECTROPOLISHED

NEXT ASSY

71 Riverlawn Drive
Fair Haven, NJ 07704
TEL. (732) 758-9574

C25-12X5_B

PART NUMBER
PN xxxxxxxxx

REV
A

FILE NAME
bxomni_b.skd

SIZE
A

SCALE
xxx

DATE March 16, 1998    SHEET

HIGHLY
CONFIDENTIAL

BSC-C 0168834



Stent Parameters

LENGTH=27mm

0.226" Circumference (72 mil OD)

THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

UNLESS OTHERWISE SPECIFIED
DIMENSIONS ARE IN INCH
AND TOLERANCES ARE
XX        ± .01
XXX       ± .001
XXXX      ± .0005
FRACTION = ±1/32
ANGULAR = ±1/2°

MATERIAL
316L ¼" SS, .074"OD/.060"ID

FINISH= ELECTROPOLISHED

P.S. 14-LL
FICMETINTIAL

C27-13×5_J

SIZE  A    FILE NAME

SCALE  XXX    DATE

7 Roedwani Drive
Far Haven NJ 07704
TEL  (732) 758-9574

PART NUMBER
P/N ×××××××××××

REV
A

SHEET

HIGHLY CONFIDENTIAL

BSC-C-0168835

THIS DRAWING AND THE INFORMATION
SET FORTH HEREIN ARE THE PROPERTY
OF CORDIS AND ARE TO BE
HELD IN TRUST AND CONFIDENCE.
PUBLICATION, DUPLICATION, DISCLOSURE
OR USE FOR ANY PURPOSE NOT
EXPRESSLY AUTHORIZED IN WRITING
BY CORDIS IS PROHIBITED.

CONFIDENTIAL

DRAWN BY:
D & L Morre

DATE
April 23, 1998

CHECKED BY:

DATE

APPROVED BY          NAME

DATE
DATE APPROVED

NEXT ASSY

THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

Length = 27 mm

0.226" Circumference
(.72 mil O.D.)



| REVISIONS | | | | |
|---|---|---|---|---|
| ZONE | REV | DESCRIPTION | DATE | APPROVED |

CONFIDENTIAL

THIS DRAWING AND THE INFORMATION
SET FORTH HEREIN ARE THE PROPERTY
OF CORDIS AND ARE TO BE
HELD IN TRUST AND CONFIDENCE.
PUBLICATION, DUPLICATION, DISCLOSURE
OR USE FOR ANY PURPOSE NOT
EXPRESSLY AUTHORIZED IN WRITING
BY CORDIS IS PROHIBITED

UNLESS OTHERWISE SPECIFIED
DIMENSIONS ARE IN INCH
AND TOLERANCES ARE
.XX    ± .01
.XXX   ± .001
.XXXX  ± .0005
FRACTION = 11/32
ANGULAR = ±1/2°

MATERIAL   316L VM SS .074*IOD/0.007*Iw

FINISH   ELECTROPOLISHED

NEXT ASSY

| | | |
|---|---|---|
| DRAWN BY | CHECKED BY | APPROVED BY |
| | | NAME |
| DATE | DATE | DATE APPROVED |
| April 23, 1998 | | |

SIZE  A

FILE NAME  C27-12×5_I

SCALE  XXX

PART NUMBER
PN xxxxxxxxx

REV  A

SHEET

DATE  XXX

HIGHLY
CONFIDENTIAL

BSC-C-0168836

THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

Length = 271mm

0.226" Circumference
(72 mil OD)

| | ZONE | REV | REVISIONS | | |
| | | | DESCRIPTION | DATE | APPROVED |

FISCHELL BIOMEDICAL

41 Riverview Drive
Fair Haven NJ 07704
TEL (732) 758-9574

C27-12x5_H

| SIZE | FILE NAME | | PART NUMBER | | REV |
| A | | | PN xxxxxxxxx | | A |
| SCALE xxx | | DATE | | SHEET | |

UNLESS OTHERWISE SPECIFIED
DIMENSIONS ARE IN INCH
AND TOLERANCES ARE
XX       = ±.01
XXX      = ±.001
XXXX     = ±.0005
FRACTION = ±1/32
ANGULAR  = ±1/2°

MATERIAL   316L VM SS. 0074100/0367™M

FINISH   ELECTROPOLISHED

NEXT ASSY

THIS DRAWING AND THE INFORMATION
SET FORTH HEREIN ARE THE PROPERTY
OF CORDIS AND ARE TO BE
HELD IN TRUST AND CONFIDENCE
PUBLICATION, DUPLICATION, DISCLOSURE
AND USE FOR ANY PURPOSE NOT
EXPRESSLY AUTHORIZED IN WRITING
BY CORDIS IS PROHIBITED

CONFIDENTIAL

| DRAWN BY | CHECKED BY | APPROVED BY | APPROVED BY |
| (I R. Fischell) | | NAME | NAME |
| DATE | DATE | DATE APPROVED | DATE APPROVED |
| April 22 1998 | | | |

**HIGHLY CONFIDENTIAL**

BSC-C 0168837

Stent Parameters

Length = 271mm

THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

0.226" Circumference
(72 mil OD)

CONFIDENTIAL

HIGHLY CONFIDENTIAL

BSC-C-0168838

| REVISIONS | | | |
|---|---|---|---|
| ZONE | REV | DESCRIPTION | DATE | APPROVED |

DRAWN BY:
CHECKED BY:
APPROVED BY:        NAME
DATE    DATE APPROVED

DATE
April 22, 1998

THIS DRAWING AND THE INFORMATION SET FORTH HEREON ARE THE PROPERTY OF CURTIS, AND ARE TO BE HELD IN TRUST AND CONFIDENCE. PUBLICATION, DUPLICATION, DISCLOSURE OR USE FOR ANY PURPOSE NOT EXPRESSLY AUTHORIZED IN WRITING BY CURTIS IS PROHIBITED.

UNLESS OTHERWISE SPECIFIED DIMENSIONS ARE IN INCH AND TOLERANCES ARE
XX     = ±.01
XXX    = ±.001
XXXX   = ±.0005
FRACTION = ±1/32
ANGULAR = ±1/2°

MATERIAL
3HAL VM 3% 0.074"DB4050"Tw

FINISH: ELECTROPOLISHED

NEXT ASSY

SIZE  A        FILE NAME  XXX

C.27-13x5_G

SCALE: XXX

PART NUMBER
PN XXXXXXXX

REV
A

SHEET

Stent Parameters

Length = 271mm

0198"Circumference
(.0063" ID)

THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

CONFIDENTIAL

DRAWN BY
DATE    April 29, 1998

CHECKED BY
DATE

APPROVED BY
NAME

DATE
DATE APPROVED

THIS DRAWING AND THE INFORMATION
SET FORTH HEREIN ARE THE PROPERTY
OF COPRIS, AND ARE TO BE
HELD IN TRUST AND CONFIDENCE
PUBLICATION, DUPLICATION, DISCLOSURE
OR USE FOR ANY PURPOSE NOT
EXPRESSLY AUTHORIZED IN WRITING
BY COPRIS IS PROHIBITED

REVISIONS

ZONE    REV    DESCRIPTION    DATE    APPROVED

UNLESS OTHERWISE SPECIFIED
DIMENSIONS ARE IN INCH
AND TOLERANCES ARE
XX      ± .01
.XXX    ± .001
.XXXX   ± .0005
FRACTION ± 1/32
ANGULAR ± 1/2°

MATERIAL    304L VM SS .074"0D×.0047"i±

FINISH    ELECTROPOLISHED

NEXT ASSY

SIZE  A

FILE NAME    C27-13×5_G_63

SCALE    XXX

PART NUMBER
PN XXXXXXXX

SHEET

REV  A

BSC-C-0168839

HIGHLY
CONFIDENTIAL

THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

Length = 27.1mm

0.0256" Circumference
(.72 mm OD)

"THIS DRAWING AND THE INFORMATION
SET FORTH HEREIN ARE THE PROPERTY
OF CORDIS, AND ARE TO BE
HELD IN TRUST AND CONFIDENCE.
PUBLICATION, DUPLICATION, OR OTHER
DISCLOSURE MAY PROMOTE
EXPRESSLY AUTHORIZED IN WRITING
BY CORDIS IS PROHIBITED"

| | | REVISIONS | | |
|---|---|---|---|---|
| ZONE | REV | DESCRIPTION | DATE | APPROVED |

UNLESS OTHERWISE SPECIFIED
DIMENSIONS ARE IN INCH
AND TOLERANCES ARE
.XX        = ±.01
.XXX       = ±.001
.XXXX      = ±.0005
FRAC MIN = ±1/32
ANGULAR = ±1/2°

MATERIAL 316L VM SS .0074"ID×0.0081"W

FINISH: ELECTROPOLISHED

NEXT ASSY

DRAWN BY
DATE April 20, 1998

CHECKED BY
DATE

APPROVED BY
NAME

APPROVED
DATE APPROVED

SIZE  FILE NAME      C25-13×5_F
A     C25F.0×F

SCALE  XXX

PART NUMBER
PN ×××.×××.×××

DATE

SHEET

REV
A

HIGHLY CONFIDENTIAL    BSC-C 0168840

BSC-C 0168841
HIGHLY
CONFIDENTIAL

BX MB25

BX OMNI_C

BX OMNI_D

BX OMNI_B

BX OMNI_A



0.126"

0.128"

0.985"

0.135"

0.141"

0.160"

Stent Parameters

Length = 271mm

THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

0.226" Circumference
(7.2 mil OD)

UNLESS OTHERWISE SPECIFIED
DIMENSIONS ARE IN INCH
AND TOLERANCES ARE
XX      ±.01
XXX     ±.001
XXXX    ±.0005
FRACTION = ±1/32
ANGULAR = ±1/2°

MATERIAL
316L VM SS 0.074"OD/0.007"in

FINISH
FINISH ELECTROPOLISHED

NEXT ASSY

THIS DRAWING AND THE INFORMATION
SET FORTH HEREIN ARE THE PROPERTY
OF CORDIS, AND ARE TO BE
HELD IN TRUST AND CONFIDENCE
FABRICATION, DUPLICATION, DISCLOSURE
OR USE FOR ANY PURPOSE NOT
EXPRESSLY AUTHORIZED IN WRITING
BY CORDIS IS PROHIBITED.

CONFIDENTIAL

DRAWN BY
D. R. Fischell

DATE
April 22, 1998

CHECKED BY

DATE

APPROVED BY
NAME

DATE
DATE APPROVED

FILL NAME

C27-13x5_G

SIZE
A

SCALE
XXX

DATE

PART NUMBER:
PN XXXX-XXXXX

REV
A

SHEET:

**HIGHLY CONFIDENTIAL**

BSC-C-0168842



DEPLOYED BX STENT
(15 mm Long)

S - CELL

H - STRUT

DIAGONAL STRUTS

H - CELL

VERTICAL STRUTS

CURVED SECTIONS

S - STRUT

BSC-C 0168843
HIGHLY CONFIDENTIAL

Stent Parameters

5 mil wall thickness

181 mm long

THIS DRAWING REFLECTS DIMENSIONS AFTER ELECTROPOLISHING

3.1 OD (58 mil OD Tubing)

| ZONE | REV | DESCRIPTION | DATE | APPROVED |
| --- | --- | --- | --- | --- |

REVISIONS

UNLESS OTHERWISE SPECIFIED
DIMENSIONS ARE IN INCH
AND TOLERANCES ARE
XX       = ±.01
.XXX     = ±.001
.XXXX    = ±.0005
FRACTIONS = ±1/32
ANGULAR = ±1/2°

MATERIAL
.046ID x .006 wall 316L VM

FINISH: ELECTROPOLISHED

NEXT ASSY

THIS DRAWING AND THE INFORMATION
SET FORTH HEREIN ARE THE PROPERTY
OF CORDIS, AND ARE TO BE
HELD IN TRUST AND CONFIDENCE
PUBLICATION, DUPLICATION, DISCLOSURE
OR USE FOR ANY PURPOSE NOT
EXPRESSLY AUTHORIZED IN WRITING
BY CORDIS IS PROHIBITED

CONFIDENTIAL

DRAWN BY
R F Schell
DATE 7/15/98

CHECKED BY

DATE

APPROVED BY
NAME

DATE
DATE APPROVED

River... W...   ...rv...
Haven   N...  07774
(732) 758-7-74

SIZE
A

FILE NAME
mini27j5.skd

SCALE   xxx

MIDI_118

PART NUMBER
PN xxxxxxxxx

REV
A

SHEET

**HIGHLY
CONFIDENTIAL**

BSC-C 0168844