# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC. <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No.: 05-768-SLR |

## NOTICE OF DEPOSITION OF JEFF TILLACK

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "BSC") will take the deposition upon oral examination of Jeff Tillack on February 13, 2007, at 9:30 a.m., at the offices of Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, California 94065.

The deposition upon oral examination will be conducted before an officer authorized to administer oaths and will be recorded by stenographic and videographic means. The deposition will continue from day-to-day until completed.

You are invited to attend and examine the witness.

Dated: February 9, 2007

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

Josy W. Ingersoll (I.D. #1088)
John W. Shaw (I.D. # 3362)
Adam W. Poff (I.D. #3990)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6713
jingersoll@ycst.com

*Attorneys for Plaintiffs Boston Scientific
Corporation and Boston Scientific Scimed, Inc.*

*Of Counsel*:

John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on February 9, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on February 9, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

> Matthew D. Powers, Esquire
> Jared Bobrow, Esquire
> Weil, Gotshal & Manges LLP
> 201 Redwood Shores Parkway
> Redwood Shores, CA 94065

> Timothy E. Demasi, Esquire
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Josy W. Ingersoll (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
*jingersoll@ycst.com*

Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.