IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br>Plaintiffs, <br><br>v. <br><br>CONOR MEDSYSTEMS, INC., <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-768-SLR |

## AMENDED NOTICE OF DEPOSITION OF BRUCE MODESITT

PLEASE TAKE NOTICE that, pursuant to Rules 30 & 45 of the Federal Rules of Civil Procedure, defendant Conor Medsystems, Inc. will take the deposition upon oral examination of Mr. Bruce Modesitt on February 21, 2007 starting at 9:30 am at Weil, Gotshal & Manges LLP, 201 Redwood Shores Parkway, Redwood Shores, CA 94065. The deposition will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Conor Medsystems, Inc.*

*Of Counsel*:

Matthew D. Powers
Jared Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Courtland Reichman
KING & SPALDING LLP
191 Peachtree Street
Atlanta, GA 30303
(404) 572-4600

Dated: February 12, 2007
177693.1