IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 22, 2007, copies of BSC's Supplemental Objections and Responses to Topics 15, 16 and 18 of Conor's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) were caused to be served upon the following counsel of record as indicated:

### BY ELECTRONIC MAIL AND HAND DELIVERY

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

### BY ELECTRONIC MAIL AND U.S. MAIL

Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Timothy E. Demasi, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

PLEASE TAKE FURTHER NOTICE that on February 22, 2007, copies of this Notice of Service were served upon the following as indicated:

**BY CM/ECF & HAND DELIVERY**

Steven J. Balick, Esquire
John G. Day, Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

**BY ELECTRONIC MAIL AND U.S. MAIL**

Matthew D. Powers, Esquire
Jared Bobrow, Esquire
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Timothy E. Demasi, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

OF COUNSEL:

John M. Desmarais
Peter J. Armenio
Jeanne M. Heffernan
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4800

Dated: February 22, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Andrew A. Lundgren

Josy W. Ingersoll (No. 1088)
jingersoll@ycst.com
John W. Shaw (No. 3362)
jshaw@ycst.com
Adam W. Poff (No. 3990)
apoff@ycst.com
Andrew A. Lundgren (No. 4429)
alundgren@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Plaintiffs Boston Scientific
Corporation and Boston Scientific Scimed, Inc.*