IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-768-SLR<br>)<br>)<br>)<br>) |

## NOTICE OF VIDEOTAPED DEPOSITION OF DAVID FISCHELL

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Conor Medsystems, Inc. will take the deposition on oral examination of David Fischell on Monday, March 5, 2007 at 10 a.m. at the offices of Giordano, Halleran & Ciesla, 125 Half Mile Road, Middletown, NJ 07701. The deposition will be recorded by videotape as well as stenographically before a Notary Public or other officer authorized to administer oaths, and shall continue from day to day until completed, with such adjournments as to time and place as may be necessary.

You are invited to attend and cross-examine.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

Gregory L. Diskant
Eugene M. Gelernter
Kathleen M. Crotty
Scott W. Parker
Ravi V. Sitwala
Diana Breaux
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

Matthew D. Powers
Jared B. Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

Courtland L. Reichman
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600

Dated: February 27, 2007
178270.1