IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORPORATION and    )
BOSTON SCIENTIFIC SCIMED, INC.,      )
                                     )
        Plaintiffs,                  )
                                     )
    v.                               )        C.A. No. 05-768-SLR
                                     )
CONOR MEDSYSTEMS, INC.,              )
                                     )
        Defendant.                   )

## CONOR'S RESPONSE TO BSC'S THIRD NOTICE OF DEPOSITION

Conor Medsystems, Inc. ("Conor") hereby objects and responds to Boston

Scientific Corporation and Boston Scientific SciMed, Inc. (collectively, "BSC")'s Third Notice

of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) ("Notice"), served on

February 7, 2007, as follows:

### GENERAL OBJECTIONS

Conor incorporates by reference its General Objections set forth in Conor's

Response to BSC's Notice of Deposition.

### SPECIFIC OBJECTIONS AND RESPONSES

**CATEGORY NO. 1:**

The basis of Conor's contention that BSC is not entitled to injunctive relief,
including in particular the statements in Conor's Response to BSC's Interrogatory No. 10.

**RESPONSE TO CATEGORY NO. 1:**

Conor objects to this topic to the extent it seeks the production of documents or

information protected by the attorney-client privilege, work-product immunity or other

applicable privilege or immunity.  Conor further objects to this topic as seeking information

properly requested in a contention interrogatory. Conor has already fully responded to an interrogatory on this question. Conor will not produce a fact witness on this topic. See, e.g., Judge Robinson's ruling in Arthrocare v. Smith & Nephew, 01-504 (D. Del.), D.I. 177, 01-504 (Oct. 15, 2002 Tr. at 13-14); Exxon Research v. United States, 44 Fed. Cl. 597 (1999) (quashing 30(b)(6) notice on claim construction in favor of contention interrogatories); In re Indep. Serv. Orgs. Antitrust Litig., 168 F.R.D. 651, 654 (D. Kan. 1996) (rejecting contention depositions in favor of contention interrogatories); McCormick-Morgan, Inc. v. Teledyne Industries, 134 F.R.D. 275 (N.D. Cal. 1991) (prohibiting 30(b)(6) depositions on contentions relating to the merits of patent case).

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

Gregory L. Diskant
Eugene M. Gelernter
Kathleen M. Crotty
Scott W. Parker
Ravi V. Sitwala
Diana Breaux
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

Matthew D. Powers
Jared B. Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000

Courtland L. Reichman
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone:  (404) 572-4600

Dated:  February 27, 2007
178271.1