IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., </br></br> Plaintiffs, </br></br> v. </br></br> CONOR MEDSYSTEMS, INC., </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) </br></br> C.A. No. 05-768-SLR |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, effective immediately, Weil, Gotshal & Manges LLP hereby withdraws as counsel to the defendant, Conor Medsystems, Inc. ("Conor"), in the above action. The law firms Patterson, Belknap, Webb & Tyler, LLP, King & Spalding, and Ashby & Geddes shall continue to represent Conor in this case.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888

*Attorneys for Defendant*

*Of Counsel:*

Gregory L. Diskant
Eugene M. Gelernter
Kathleen M. Crotty
Scott W. Parker
Ravi V. Sitwala
Diana Breaux
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY  10036
Telephone: 212-336-2000

Courtland L. Reichman
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone: 404-572-4600

Dated:  February 28, 2007
178313.1