IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 05-768-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF BARRY GEOGHEGAN

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "BSC") will take the deposition upon oral examination of Barry Geoghegan on March 8, 2007, at 9:30 a.m., at the offices of Kirkland & Ellis LLP, 153 East 53rd Street, New York, NY 10022.

The deposition upon oral examination will be conducted before an officer authorized to administer oaths and will be recorded by stenographic and videographic means. The deposition will continue from day-to-day until completed.

You are invited to attend and examine the witness.

Dated: March 1, 2007

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

_____
Josy W. Ingersoll (I.D. #1088)
John W. Shaw (I.D. # 3362)
Adam W. Poff (I.D. #3990)
Andrew A. Lundgren (I.D. #4429)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6713
alundgren@ycst.com

*Attorneys for Plaintiffs Boston Scientific
Corporation and Boston Scientific Scimed, Inc.*

*Of Counsel*:

John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, hereby certify that on March 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19899

I further certify that on March 1, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY ELECTRONIC MAIL**

>Matthew D. Powers, Esquire
>Jared Bobrow, Esquire
>Weil, Gotshal & Manges LLP
>201 Redwood Shores Parkway
>Redwood Shores, CA 94065

>Timothy E. Demasi, Esquire
>Weil, Gotshal & Manges LLP
>767 Fifth Avenue
>New York, NY 10153

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
alundgren@ycst.com

Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.