IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 05-768-SLR ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of April, 2007, **CONOR MEDSYSTEMS, INC.'S FOURTH SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NO. 8 AND SECOND SUPPLEMENTAL RESPONSE TO PLAINTIFFS' INTERROGATORY NOS. 13-14** was served upon the following counsel of record at the address and in the manner indicated:

Josy W. Ingersoll, Esquire                                              HAND DELIVERY
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE  19801


Peter J. Armenio                                                        VIA FEDERAL EXPRESS
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
Telephone:  (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

Gregory L. Diskant
Eugene M. Gelernter
Kathleen M. Crotty
Scott W. Parker
Ravi V. Sitwala
Diana  Breaux
Laura M. Storto
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 336-2000

Courtland L. Reichman
King & Spalding
1180 Peachtree Street, NE
Atlanta, GA  30309
Telephone:  (404) 572-4600

Dated:  April 9, 2007
177969.1