IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-768-SLR ) ) ) ) ) |

**STIPULATION REGARDING CERTAIN DOCUMENTS**

Plaintiffs Boston Scientific Corporation and Boston Scientific Scimed, Inc. ("BSC") and Defendant Conor Medsystems, Inc. ("Conor") hereby stipulate and agree as follows:

1. The following documents produced in this litigation by Conor to BSC are portions of quarterly presentations made to Conor's Board of Directors that are Conor business records pursuant to Federal Rules of Evidence 802(6) and 902(11):

- CM 184791 - 184792
- CM 184851 - 184853
- CM 185006 - 185007
- CM 184855 - 184856

2. Document CM 188847 – 189071, produced in this litigation by Conor to BSC, was created for purposes of evaluation and review of production yields at Conor's manufacturing facilities but has not been audited. It is a Conor business record pursuant to Federal Rules of Evidence 802(6) and 902(11).

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| /s/ *Adam W. Poff* <br> Josy W. Ingersoll (#1088) <br> John W. Shaw (#3362) <br> Adam W. Poff (#3990) <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6600 <br> apoff@ycst.com <br><br> Attorneys for Plaintiffs | /s/ *Steven J. Balick* <br> Steven J. Balick (#2114) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br><br> Attorneys for Defendant |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge