IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 05-768 (SLR) ) ) ) ) ) |

## BSC'S *DAUBERT* MOTION TO STRIKE THE EXPERT REPORT AND TESTIMONY OF JACOB (KOBI) RICHTER

For the reasons set forth in Plaintiffs' Opening Brief, filed contemporaneously herewith, Plaintiffs hereby move pursuant to *Daubert v. Merrell Dow Pharm.*, Fed. R. Evid. 702, Fed. R. Civ. P. 26 and Fed. R. Civ. P. 16, and respectfully request the following: (1) that the expert report and proposed testimony of Jacob (Kobi) Richter be stricken; (2) that the portions of the expert reports and proposed testimony of Nigel Buller and Ronald Solar based on the Expert Report Of Jacob (Kobi) Richter and exhibits thereto be stricken; and (3) that no testimony be allowed at trial based on the Expert Report Of Jacob (Kobi) Richter or any exhibits attached thereto.

Dated: May 1, 2007                    Respectfully submitted,


                                      /s/ *Adam W. Poff*
                                      Josy W. Ingersoll (I.D. #1088)
                                      John W. Shaw (I.D. #3362)
                                      Adam W. Poff (I.D. #3990)
                                      YOUNG CONAWAY
                                      STARGATT & TAYLOR, LLP
                                      1000 West Street, 17th Floor
                                      P.O. Box 391
                                      Wilmington, Delaware 19899
                                      (302) 571-6600
                                      apoff@ycst.com

                                      *Attorneys for Boston Scientific Corporation
                                      and Boston Scientific Scimed, Inc.*

*Of Counsel*:

John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4800

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on May 1, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19899

I further certify that on May 1, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY ELECTRONIC MAIL**
>
>Gregory L. Diskant, Esquire
>Eugene M. Gelernter, Esquire
>Kathleen M. Crotty, Esquire
>Scott W. Parker, Esquire
>Ravi V. Sitwala, Esquire
>Diana Breaux, Esquire
>Patterson, Belknap, Webb & Tyler, LLP
>1133 Avenue of the Americas
>New York, NY  10036
>
>Courtland L. Reichman, Esquire
>King & Spalding
>1180 Peachtree Street, NE
>Atlanta, GA  30309

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
*apoff@ycst.com*

Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.