## **RULE 7.1.1 CERTIFICATION**

I hereby certify that counsel for Plaintiffs has complied with Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)