IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>CONOR MEDSYSTEMS, INC., <br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-768 (SLR)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

This ___ day of _____, 2007, the Court having considered BSC's *Daubert* Motion To Strike The Expert Report And Testimony Of Jacob (Kobi) Richter and the parties' arguments relating thereto;

IT IS HEREBY ORDERED that BSC's *Daubert* Motion To Strike The Expert Report And Testimony Of Jacob (Kobi) Richter is GRANTED.  The expert report and proposed testimony of Jacob (Kobi) Richter are hereby stricken; the portions of the expert reports and proposed testimony of Nigel Buller and Ronald Solar based on the Expert Report Of Jacob (Kobi) Richter and exhibits thereto are hereby stricken; and no testimony shall be allowed at trial based on the Expert Report Of Jacob (Kobi) Richter or any exhibits attached thereto.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge