IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and | ) | |
| BOSTON SCIENTIFIC SCIMED, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-768-SLR |
| | ) | |
| CONOR MED SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND AMENDED JOINT
## CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Amended Rule 16 Scheduling Order (D.I. 113), Plaintiffs

Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively "BSC") and

Defendant Conor Medsystems, Inc. ("Conor") respectfully submit this Second Amended Joint

Claim Construction Statement.

## JOINT LIST OF DISPUTED CLAIM TERMS OF THE JANG '021 PATENT

| CLAIM TERM OR PHRASE | BSC'S PROPOSED CONSTRUCTION | CONOR'S PROPOSED CONSTRUCTION |
|---|---|---|
| "first connecting strut column formed of a plurality of first connecting struts" | A column formed of at least two first connecting struts.<br><br>To the extent the Court desires to further construe this claim phrase, a "connecting strut column" is a column formed of a plurality of connecting struts, as opposed to expansion or joining struts, unattached to each other and arranged along the circumference of the stent. | A column formed solely of a plurality of connecting struts unattached to each other and arranged along the circumference of the stent. |
| "wherein the first expansion strut of the first expansion strut pair in the first expansion column has a longitudinal axis offset from a longitudinal axis of the first expansion strut of the second expansion strut pair in the second expansion column" | The first expansion strut in the first column does not share a longitudinal axis with the second expansion strut in the second column. | The terms in the "wherein" clause have the same meaning in claim 23 as in claim 1. This clause limits claim 23 to stents where the first expansion struts of the (distally coupled) expansion strut pairs of the first expansion column are circumferentially offset from first expansion struts of the (proximally coupled) expansion strut pairs of the second expansion column, thereby limiting the claim to stents with offset connected strut pairs and excluding stents with 180 degree out-of-phase design. |
| "expansion column" | A tubular structure formed by a plurality of expansion strut pairs, as opposed to connecting struts, arranged in a column along the circumference of the stent. | A tubular structure formed solely by a plurality of expansion strut pairs arranged in a column along the circumference of the stent. |

## JOINT LIST OF TERMS WHOSE CONSTRUCTION IS NOT DISPUTED

| CLAIM TERM OR PHRASE | PROPOSED CONSTRUCTION |
| --- | --- |
| "strut" | A structural member designed to withstand force. |
| "corner" | A place where two surfaces meet to form an angle. |
| "connecting strut" | A strut that connects adjacent expansion columns. |
| "joining strut" | A strut that couples two adjacent expansion struts within an expansion strut column. |
| "expansion strut pair" | A combination of two circumferentially adjacent expansion struts coupled at one end by a joining strut and open at the other end. |

ASHBY & GEDDES

/s/ Steven J. Balick
_____
Steven J. Balick (I.D. #2114)
John Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Conor Medsystems, Inc.*


*Of Counsel*:

Gregory L. Diskant
Eugene M. Gelernter
PATTERSON BELKNAP
WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

Courtland L. Reichman
KING & SPALDING
1180 Peachtreet Street, NE
Atlanta, GA 30309
(404) 572-4600

Dated:  May 10, 2007

180413.1


YOUNG, CONAWAY, STARGATT
& TAYLOR

/s/ Josy W. Ingersoll
_____
Josy W. Ingersoll (I.D. #1088)
John W. Shaw (I.D. #3362)
Adam W. Poff (I.D. #3990)
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6713

*Attorneys for Boston Scientific Corporation
And Boston Scientific Scimed, Inc.*


*Of Counsel*:

John M. Desmarais
Peter J. Armenio
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022
(212) 446-4800