IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION<br>and BOSTON SCIENTIFIC SCIMED, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONOR MEDSYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 05-768-SLR<br>)<br>)<br>)<br>)<br>) |

**ORDER**

IT IS HEREBY ORDERED, this _____ day of _____, 2007, upon consideration of BSC's Motion For Summary Judgment Based Upon Collateral Estoppel and the parties' arguments and submissions related thereto, that the motion is **GRANTED**. Claim 35 of United States Patent No. 5,922,021 is hereby adjudged not invalid and the patent is adjudged not unenforceable.

_____
Chief United States District Judge