IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-768-SLR |
| CONOR MEDSYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | |

**CONOR MEDSYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT OF OBVIOUSNESS OF CLAIM 35 OF THE JANG '021 PATENT**

Plaintiff Cordis Corporation hereby respectfully moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment of obviousness of claim 35 of the Jang '021 Patent. The grounds for this motion are set forth in the accompanying opening brief and supporting exhibits.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

Gregory L. Diskant
Eugene M. Gelernter
Kathleen M. Crotty
Scott W. Parker
Ravi V. Sitwala
Diana Breaux
Laura M. Storto
Patterson, Belknap, Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000

Dated May 11, 2007
180493.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BOSTON SCIENTIFIC CORPORATION and<br>BOSTON SCIENTIFIC SCIMED, INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vi. | )<br>) | C.A. No. 05-768-SLR |
| CONOR MEDSYSTEMS, INC., | )<br>)<br>) | |
| Defendant. | ) | |

### **ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**

This _____ day of _____, 2005, defendant having moved for summary judgment of obviousness of claim 35 of the Jang '021 Patent, and the Court, after considering the positions of the parties, having concluded that good grounds exist for the requested relief; now therefore,

IT IS HEREBY ORDERED that Conor's above-referenced motion for summary judgment is GRANTED.

_____
Chief Judge