IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BOSTON SCIENTIFIC CORPORATION
and BOSTON SCIENTIFIC SCIMED, INC.,

    Plaintiffs,

v.

CONOR MEDSYSTEMS, INC.,

    Defendant.

C.A. No. 05-768-SLR

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims, defenses and counterclaims in this action are dismissed, without prejudice, under Fed. R. Civ. P. 41. Each party shall bear its own fees and costs, including attorney fees, in connection with this action.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

Josy W. Ingersoll (I.D. No. 1088)
John W. Shaw (I.D. No. 3362)
Karen L. Pascale (I.D. No. 2903)
1000 West Street, 17th Floor
Wilmington, DE 19899
(302) 571-6600
*Attorneys for Plaintiffs Boston Scientific Corp.
and Boston Scientific Scimed, Inc.*

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. No. 2114)
John G. Day (I.D. No. 2403)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
(302) 654-1888
*Attorneys for Defendant
Conor Medsystems, Inc.*

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE