# YOUNG CONAWAY STARGATT & TAYLOR, LLP

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX:  (302) 576-3516
kpascale@ycst.com

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 30, 2007

**_By Electronic Filing_**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Boston Scientific Corp. and Boston Scientific Scimed, Inc.
      v. Conor Medsystems, Inc., 05-768-SLR (D. Del.)

Dear Chief Judge Robinson:

We write to respectfully submit a proposed Stipulation of Dismissal Without Prejudice for the Court's consideration.

By way of background, Conor has publicly announced that it is no longer seeking U.S. FDA approval for the CoStar stent accused of infringement in this action in its current form. Given this announcement, and the years of studies likely necessary before any other version of the CoStar stent could be ready for FDA approval, BSC proposed to Conor that the parties agree to dismiss this action, without prejudice, with each side to bear its own fees and costs, including attorneys' fees. Conor agreed to this dismissal without prejudice.

A proposed order is attached and the parties jointly request that the Court enter that order.

Respectfully submitted,

*/s/ Karen L. Pascale*
Karen L. Pascale (No. 2903)

Attachment

cc:   John G. Day, Esquire (by e-mail) (w/attach.)
      Eugene M. Gelernter, Esquire (by e-mail) (w/attach.)
      Peter Armenio, Esquire (by e-mail) (w/attach.)