IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No.: 05-768-SLR ) ) ) ) **REDACTED –** ) **PUBLIC VERSION** |

APPENDIX OF EXHIBITS CITED IN
OPENING BRIEF IN SUPPORT OF BSC'S MOTION FOR SUMMARY JUDGMENT
BASED UPON COLLATERAL ESTOPPEL

YOUNG CONAWAY
STARGATT & TAYLOR, LLP
Josy W. Ingersoll (I.D. #1088)
John W. Shaw (I.D. #3362)
Adam W. Poff (I.D. #3990)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899
(307) 571-6600

*Attorneys for*
*Boston Scientific Corporation*
*and Boston Scientific Scimed, Inc.*

Of Counsel:

John M. Desmarais
Peter J. Armenio
Young J. Park
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
(212) 446-4800

Dated: May 11, 2007

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on May 31, 2007, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record.

>Steven J. Balick, Esquire
>John G. Day, Esquire
>Lauren E. Maguire, Esquire
>Ashby & Geddes
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19899

Additionally, I hereby certify that I caused a copy of the foregoing document to be served by **e-mail** upon the above-listed counsel and on the following counsel as indicated:

**BY E-MAIL**

| | |
|---|---|
| Gregory L. Diskant, Esquire | Courtland L. Reichman, Esquire |
| Eugene M. Gelernter, Esquire | King & Spalding |
| Kathleen M. Crotty, Esquire | 1180 Peachtree Street, NE |
| Scott W. Parker, Esquire | Atlanta, GA 30309 |
| Ravi V. Sitwala, Esquire | |
| Diana Breaux, Esquire | |
| Patterson, Belknap, Webb & Tyler, LLP | |
| 1133 Avenue of the Americas | |
| New York, NY 10036 | |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

   /s/ Adam W. Poff
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
*apoff@ycst.com*

*Attorneys for Boston Scientific Corporation
and Boston Scientific Scimed, Inc.*