IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> CONOR MEDSYSTEMS, INC., <br><br> Defendant. | REDACTED PUBLIC VERSION <br><br> C.A. No. 05-768-SLR |

## DECLARATION OF RICK ANDERSON

1. I am the Johnson & Johnson Company Group Chairman responsible for overseeing the operations of several business units that are subsidiaries of Johnson & Johnson or divisions of Johnson & Johnson subsidiaries. I am fully familiar with the facts and circumstances set forth below.

2. I submit this declaration in response to the motion by Boston Scientific Corporation for summary judgment based on collateral estoppel.

3.

**REDACTED**

# REDACTED

1371035v1

# REDACTED

# REDACTED

1371035v1

# REDACTED

1371035v1

**REDACTED**

I declare under penalty of perjury that the foregoing is true and correct.

_____
Rick Anderson

Dated: May 25, 2007