**CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on June 13, 2007, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record.

> Steven J. Balick, Esquire
> John G. Day, Esquire
> Lauren E. Maguire, Esquire
> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19899

Additionally, I hereby certify that I caused a copy of the foregoing document to be served on the above-listed counsel by e-mail and on the following counsel as indicated:

**BY E-MAIL**

| | |
|---|---|
| Gregory L. Diskant, Esquire | Courtland L. Reichman, Esquire |
| Eugene M. Gelernter, Esquire | King & Spalding |
| Kathleen M. Crotty, Esquire | 1180 Peachtree Street, NE |
| Scott W. Parker, Esquire | Atlanta, GA 30309 |
| Ravi V. Sitwala, Esquire | |
| Diana Breaux, Esquire | |
| Patterson, Belknap, Webb | |
|    & Tyler, LLP | |
| 1133 Avenue of the Americas | |
| New York, NY 10036 | |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ Adam W. Poff*
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
(302) 571-6600
*apoff@ycst.com*

*Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.*