# EXHIBIT 10

US005922021A

# United States Patent [19]

## Jang

[11] **Patent Number:** **5,922,021**

[45] **Date of Patent:** *Jul. 13, 1999

[54] **INTRAVASCULAR STENT**

[76] Inventor: **G. David Jang**, 30725 Eastburn La., Redlands, Calif. 92374

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/845,657**

[22] Filed: **Apr. 25, 1997**

**Related U.S. Application Data**

[63] Continuation-in-part of application No. 08/824,142, Mar. 25, 1997, application No. 08/824,866, Mar. 25, 1997, and application No. 08/824,865, Mar. 25, 1997.

[60] Provisional application No. 60/017,484, Apr. 26, 1996.

[51] Int. Cl.6 ........................................... A61F 2/06
[52] U.S. Cl. ................................. 623/1; 623/12
[58] Field of Search ...................... 623/1, 11, 12; 606/108, 191, 194, 195, 198

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,102,417 | 4/1992 | Palmaz . |
| 5,449,373 | 9/1995 | Pinchasik et al. ...................... 606/198 |
| 5,591,197 | 1/1997 | Orth et al. ............................ 606/194 |
| 5,593,442 | 1/1997 | Klein ................................... 623/1 |
| 5,695,516 | 12/1997 | Fischell et al. ...................... 606/194 |
| 5,697,971 | 12/1997 | Fischell et al. ...................... 623/1 |
| 5,776,161 | 7/1998 | Globerman . |
| 5,776,183 | 7/1998 | Kanesaka et al. . |
| 5,810,872 | 9/1998 | Kanesaka et al. ...................... 623/1 |
| 5,824,059 | 10/1998 | Wijay ................................. 623/1 |
| 5,836,964 | 11/1998 | Richter et al. ...................... 623/1 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 587 197 A1 | 3/1994 | European Pat. Off. | .......... A61F 2/04 |
| 606 165 A | 7/1994 | European Pat. Off. | .................... 623/1 |
| 0 679 372 A2 | 11/1995 | European Pat. Off. | ...... A61B 19/00 |
| 0 709 067 A2 | 5/1996 | European Pat. Off. | .......... A61F 2/06 |

| | | |
|---|---|---|
| 4303181 A1 | 8/1994 | Germany .................. A61M 29/00 |
| 29508037 U1 | 8/1996 | Germany .................. A61M 29/00 |
| WO96/03029 | 2/1996 | WIPO ...................... A61F 2/02 |
| WO96/26689 | 9/1996 | WIPO ...................... A61F 2/06 |
| WO 97/40780 | 11/1997 | WIPO . |
| WO 97/40781 | 11/1997 | WIPO . |

*Primary Examiner*—David H. Willse
*Assistant Examiner*—Tram A. Nguyen
*Attorney, Agent, or Firm*—Wilson Sonsini Goodrich & Rosati

[57] **ABSTRACT**

A stent in a non-expanded state has a first expansion strut pair consisting of a first expansion strut positioned adjacent to a second expansion strut and a joining strut which couples the first and second expansion struts at a distal end of the first expansion strut pair. A plurality of the first expansion strut pair form a first expansion column. A second expansion strut pair consists of a first expansion strut positioned adjacent to a second expansion strut and a joining strut couples the first and second expansion struts at a proximal end of the second expansion strut pair. A plurality of the second expansion strut pair form a second expansion column. A first connecting strut includes a first connecting strut proximal section, a first connecting strut distal section and a first connecting strut intermediate section. The first connecting strut proximal section is coupled to the distal end of the first expansion strut pair in the first expansion column and the first connecting strut distal section is coupled to the proximal end of the second expansion strut pair of the second expansion column. A plurality of the first connecting struts form a first connecting strut column that couples the first expansion column to the second expansion column. A length of the first connecting strut proximal section is equal to a length of the first connecting strut distal section, and a length of the first connecting strut intermediate section is greater than the length of the first connecting strut proximal and distal sections.

**85 Claims, 27 Drawing Sheets**



41 pgs.

Jang

EXHIBIT NO.
P. ANDERSON, CSR 8825

CM 000001



FIG. 1A

FIG. 1C

FIG. 1B

18-8

CM 000002

Case 1:05-cv-00768-SLR    Document 167-4    Filed 06/13/2007    Page 4 of 19



FIG. 2A

16-3          CM 000003



FIG. 2B

18-4

CM 000004



FIG. 3B



FIG. 3A

CM 000005



FIG. 4A

FIG. 4B

CM 000006

18-4



FIG. 5

CM 000007



*FIG. 6A*

CM 000008

**U.S. Patent**     Jul. 13, 1999     Sheet 8 of 27     **5,922,021**



*FIG. 6B*

CM 000009



FIG. 7A

CM 0C0010

U.S. Patent          Jul. 13, 1999          Sheet 10 of 27          5,922,021



FIG. 7B

CM 000011



FIG. 7C

18-12

CM 000012

U.S. Patent        Jul. 13, 1999      Sheet 12 of 27        5,922,021



FIG. 8A

FIG. 8B

18·13



FIG. 8C

18-14

CM 000014



FIG. 8D

CM 000015



U.S. Patent

Jul. 13, 1999

Sheet 15 of 27

5,922,021



FIG. 8E

18-16

CM 000016



*FIG. 8F*

CM 000017



FIG. 86

18-18

CM 000018